# EXHIBIT 32

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY HOWARD, ADINA RINGLER, and TRECEE ARTIS, on behalf of themselves and those similarly situated, | Case No. 3:22-cv-527-VC |
| Plaintiffs, | The Honorable Vince Chhabria |
| v. | |
| THE HAIN CELESTIAL GROUP, INC., | |
| Defendant. | |

**Expert Report of Roger A. Clemens, DrPH**

## I.  Introduction

1.      I have been retained by Jenner & Block LLP as an expert witness in this case. This declaration sets forth: (a) the scope of my assignment; (b) my qualifications; and (c) a statement of my opinions on this matter.

2.      The documents I relied upon in forming my opinions are identified and cited in this declaration.  I also relied upon my vast experience in the field, as described below.

3.      I understand that discovery, including expert discovery, is ongoing.  Accordingly, I may revise, supplement, or expand my opinions at trial, if necessary and allowed, based on further review and analysis of information provided after submitting this general summary of opinions.

## II.  Scope of Assignment

4.      I have been asked to respond to the opinions of Dr. Julie Scott Taylor as outlined in her August 9, 2024 Declaration, including her opinions regarding: (a) the alleged safety or health risks arising from consumption of the Earth's Best Apple Blueberry Organic Fruit Yogurt Smoothie and the Earth's Best Peach Banana Organic Fruit Yogurt Smoothie (the "Smoothie Products"), as well as the Earth's Best Organic Chicken Casserole Protein Puree (the "Protein Product," and together with the Smoothie Products, the "Products"); (b) the alleged "gold standard" for feeding children under two years old; (c) the health implications related to children's consumption of the dietary sugars in the Products, including the alleged impact on glycemic index; (d) the alleged risks associated with consumption of the protein in the Products; (e) the effect of food processing on the healthiness of the Products; (f) the alleged risks associated with the Products' pureed texture and pouch format; and (g) the alleged risk of dental caries from consumption of the Products.

5.      I am being compensated at my hourly rate of $350.  My compensation is not contingent upon the conclusions I reach or on the outcome of this matter.

## III.  Qualifications

6.      I am an Adjunct Professor of Pharmacology and Pharmaceutical Sciences and an Adjunct Assistant Professor of Regulations and Quality Studies at the University of Southern

California Mann School of Pharmacy. I also have an adjunct appointment at Michigan State University, College of Law.  A current copy of my CV is attached as **Exhibit 1**.

7.      I am a project manager for the United States Department of Agriculture, National Institute of Food and Agriculture.

8.      I am an elected Fellow in the American Society for Nutrition, American College of Nutrition, Institute of Food Technologists, and International Academy of Food Science and Technology.  I also serve on the scientific council for the International Union of Food Science and Technology.

9.      I currently chair the Food, Drug, and Cosmetic division of the American Society for Quality.

10.     I currently chair the governance committee for the International Life Sciences Institute – USA & Canada.

11.     I am a past president of the Institute of Food Technologists (IFT) and a former president of the International Academy of Food Science and Technology.

12.     I have a Doctor of Public Health in Nutrition and Biological Chemistry, a Master of Public Health in Nutrition, and a Bachelor of Arts in Bacteriology from the University of California, Los Angeles.

13.     In addition to my nearly 50 years of teaching experience and appointments in various food industry, scientific and trade organizations, and regulatory agencies, I have extensive experience in pre-clinical and clinical research, specifically study design, methodologies, and the peer-review process, in the fields of food, nutrition, toxicology, and public health.

14.     I am the author of over 70 manuscripts focusing on food, nutrition, dietary supplements, bioavailability, toxicology, and metabolic processes.  I am also the author or co-contributor of many abstracts and a co-author of numerous books and book chapters, in addition to contributing to over 120 scientific journal articles.

15.     I have a good understanding of the peer-review process and serve on the journal advisory/editorial board for the following industry advocacy organizations, scientific associations, and scientific journals: American Council on Science and Health; Association of

2

Official Analytical Collaboration (AOAC) International; Nutrients; Nutrition Today; and Toxicology Research and Application. I am a reviewer for about 25 scientific or medical journals.

16.    **Exhibit 2** includes a list of cases where I have provided expert testimony in the past four years.

## IV.    Executive Summary

17.    In light of recommended dietary patterns, the Products' fruit and sugar content, and the Products' micronutrient and macronutrient profiles, the Earth's Best Products at issue are safe and nutritious products that children can consume consistent with the dietary guidelines outlined in the USDA Dietary Guidelines for Americans.

18.    Dr. Taylor's opinion that the products are unhealthy reflects an unnecessarily stringent view of "healthiness" that is not shared by nutritional experts in the field, is not supported by relevant dietary guidelines, and is not consistent with the feeding patterns of parents and caregivers in the real world. It is also flawed because it fixates on the "healthiness" of individual products in isolation instead of evaluating the diet as a whole. Consumption of these products is safe and healthy for children.

## V.    Opinions

<u>Alleged Safety or Health Risks of Consuming the Products.</u>

19.    In assessing whether a food is "unhealthy" for young children or whether it "contribute[s] to health risks" for young children, Nutritionists and authoritative health bodies such as the USDA and other like organizations generally focus on the composition of the diet or dietary patterns and lifestyle as a whole and examine the "healthiness" of individual food products in the context of the overall diet.[1,2]

20.    Dr. Taylor opines that the products "directly contribute to health risks and are therefore unhealthy for children." However, in the nutrition and public health fields, it is well-

---

1. U.S. Department of Health and Human Services and U.S. Department of Agriculture. 2015 – 2020 Dietary Guidelines for Americans. 8th Edition. December 2015. Available at https://odphp.health.gov/our-work/food-nutrition/previous-dietary-guidelines/2015.
2. Martini D, da Costa Ribeiro H, Gately P, Mattes R, Re R, Bier D. Positive nutrition: shifting the focus from nutrients to diet for a healthy lifestyle. Eat Weight Disord. 2023. 28(1):51. doi: 10.1007/s40519-023-01580-1

accepted that an analysis of the "risk" or "safety" of a particular food product requires an analysis of how much of that product individuals consume and their resultant exposure to the allegedly unbeneficial aspects of the product.  Here, Dr. Taylor has not assessed children's consumption patterns related to the products, even though her conclusions presuppose high levels of consumption of the products, such that children are allegedly consuming excessive amounts of certain nutrients or displacing other food intake.  Absent any analysis of consumption behavior, there is no scientific basis for her opinion that the products are "unhealthy" or that they "directly contribute to health risks."

21.     Dr. Taylor addresses two of the three products, the Apple Banana and Peach Yogurt Fruit Yogurt Smoothies, which are pureed smoothies that appear more typical of products children consume as snacks rather than as meal replacements. Young children typically eat about five times daily, including three meals and two snacks.[3]  These products do not pose a meaningful risk when consumed as snacks in addition to age-appropriate foods at mealtimes.

22.     Contrary to Dr. Taylor's conclusion that the Products pose "health risks," the Products, in fact, contain macronutrients and micronutrients that benefit children.  The Earth's Best Smoothie Products at issue here are made up of pureed fruit and/or fruit concentrates, yogurt, and vitamins.[4]  The Earth's Best Protein Products at issue here are composed of ground meat, pureed vegetables and fruit, pureed rice, and spices.[5]  These Products are consistent with the current Dietary Guidelines for Americans and the associated Healthy Eating Index, which recommend that individuals of all ages (including children under two years old) consume more fruits, vegetables, and dairy as part of a healthy dietary pattern.[6]

23.     There are many nutrient gaps among children, including calcium and vitamin D.[7] The Earth's Best Smoothie Products are an "excellent source" of these nutrients, which means

3. Cowbrough K. Feeding the toddler: 12 months to 3 years--challenges and opportunities. J Fam Health Care. 2010. 20(2):49-52.
4. HAIN-HOWARD-00000127; HAIN-HOWARD-00011223.
5. HAIN-HOWARD-0009631.
6. U.S. Department of Health and Human Services and U.S. Department of Agriculture. 2020-2025 Dietary Guidelines for Americans. 9th Edition. December 2020. Available at https://www.dietaryguidelines.gov/sites/default/files/2021-03/Dietary_Guidelines_for_Americans-2020-2025.pdf; https://fns-prod.azureedge.us/sites/default/files/media/file/HEITableToddlers-508.pdf.
7. Bailey ADL, Fulgoni Iii VL, Shah N, Patterson AC, Gutierrez-Orozco F, Mathews RS, Walsh KR. Nutrient Intake Adequacy from Food and Beverage Intake of US Children Aged 1-6 Years from NHANES 2001-2016. Nutrients. 2021. 13(3):827. doi: 10.3390/nu13030827.

that the product contains at least 20% of the daily value of that nutrient.[8]  Iron is one of the global nutrient insufficiencies among children.[9]  Thus, it is essential to note that the Products under discussion contain at least 4% of the daily value of iron for this age group.

The "Gold Standard" for Feeding Children Under Two Years Old.

24.    Dr. Taylor opines that the "gold standard" for children under two includes "breastfeeding for up to 2 years with the addition of complementary food, fed responsively, beginning at six months."  According to Dr. Taylor, such complementary food must meet strict requirements such as lack of processing, low protein content, and consistency limitations.

25.    Although the WHO and other authoritative public health bodies encourage breastfeeding through at least six months of age, there are many situations in which breastfeeding is impossible or impractical.  That is why many parents feed their children formula—which is processed, contains proteins similar to that found in human milk, and is a nutrient-rich substitute for human milk—in addition to or instead of human milk.[10]

26.    No authoritative health organization has taken the position that *any* deviation from Dr. Taylor's purported "gold standard" poses meaningful "health risks" for children, particularly if the foods they consume instead of human milk are made with healthy ingredients like fruits, vegetables, lean meats, and yogurt.

Dietary Sugars in the Products

27.    Dietary Sugars: The US Dietary Guidelines for Americans (DGA) have addressed this topic since its inception in 1980.  In the 2015 DGA, the expert panel recommended that a healthy dietary pattern include a caloric restriction of 10% from added sugars.[11]  Recommendations from the World Health Organization[12] and the American Heart Association[13]

---

8. 21 CFR 101.54
9. Ahmed T, Hossain M, Sanin KI. Global Burden of Maternal and Child Undernutrition and Micronutrient Deficiencies. Ann Nutr Metab. 2013. 61 (Suppl. 1): 8–17. https://doi.org/10.1159/000345165
10. Rossen LM, Simon AE, Herrick KA. Types of Infant Formulas Consumed in the United States. Clin Pediatr (Phila). 2016. 55(3):278-85. doi: 10.1177/0009922815591881.
11. U.S. Department of Health and Human Services and U.S. Department of Agriculture. 2015 – 2020 Dietary Guidelines for Americans. 8th Edition. December 2015. Available at https://health.gov/our-work/food-nutrition/previous-dietary-guidelines/2015.
12. World Health Organization. Sugars intake for adults and children: Guideline. Geneva, Switzerland. 2015. https://www.who.int/publications/i/item/9789241549028
13. Vos MB et al. Added Sugars and Cardiovascular Disease Risk in Children: A Scientific Statement From the American Heart Association Circulation. 2017. 135:e1017–e1034. DOI: 10.1161/CIR.0000000000000439

mirrored this recommendation.  The foundation of this percent of energy value was not based on clinical evidence but rather an epidemiological report that indicated a risk of a cardiovascular event associated with sugar consumption.[14]  The health implications and clinical evidence remain controversial.[15]

28.    Some guidelines recommend that children under two consume no added sugars. This is a similarly controversial recommendation drawn from unsettled evidence.[16]  But even taking this recommendation at face value, it is not a hard and fast rule, and consumption of added sugars must be assessed in the context of dietary patterns.  For example, the USDA's Healthy Eating Index for Toddlers reflects that children ages 12 to 23 months can still achieve close to an "ideal" score of 100, where added sugars make up less than 13.8% of total energy intake.[17]

29.    Metabolic Value of Sugar:  Dietary sugars and some dietary proteins are converted to glucose in the human body.  Glucose is central to cellular energy in all tissues, such as muscles and nerves, and is the primary energy source for children.[18,19]

30.    Total Sugars:  Total Sugars is a regulatory term used to label foods in the United States.[20]  Total sugars are naturally present in many nutritious foods and beverages, such as sugar (mainly lactose) in milk, sugar (mostly sucrose and fructose) in fruits, and any added sugars in food products.  The total sugars in the Products range from 6g – 16g, which is consistent with a diet in which less than 10% of a child's energy intake comes from sugar.[21]

31.    The FDA defines "added sugars" as sugars added during food processing.[22]  They include, among other things, "sugars (free, mono, and disaccharides), sugars from syrups and

---

14. Yang Q, Zhang Z, Gregg EW, Flanders WD, Merritt R, Hu FB. Added sugar intake and cardiovascular diseases mortality among US adults. JAMA Intern Med. 2014 Apr;174(4):516-24. doi: 10.1001/jamainternmed.2013.13563.
15. Rippe JM, Sievenpiper J, Lê K-A, White JS, Clemens R, Angelopoulos TJ. What is the appropriate upper limit for sugar consumption? Nutr Rev. 2017. 75(1):18-36. doi: 10.1093/nutrit/nuw046
16. Prinz, P. The role of dietary sugars in health: molecular composition or just calories?. Eur J Clin Nutr 73, 1216–1223 (2019). https://doi.org/10.1038/s41430-019-0407-z
17. https://fns-prod.azureedge.us/sites/default/files/media/file/HEITableToddlers-508.pdf.
18. Clemens RA, Jones JM, Kern M, Lee S-Y, Mayhew EJ, Mohamedshah FY, Slavin JL, Zivaovic S. Functionality of sugar in health. Crit Rev Food Sci Food Safety. 2016. doi: 10.1111/1541-4337.12194
19. Nakrani MN, Wineland RH, Anjum F. Physiology, Glucose Metabolism. [Updated 2023 Jul 17]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2024 Jan-. Available from: https://www.ncbi.nlm.nih.gov/books/NBK560599/
20. https://www.fda.gov/food/nutrition-facts-label/added-sugars-nutrition-facts-label
21. U.S. Department of Health and Human Services and U.S. Department of Agriculture. 2020-2025 Dietary Guidelines for Americans. 9th Edition. December 2020. Available at https://www.dietaryguidelines.gov/sites/default/files/2021-03/Dietary_Guidelines_for_Americans-2020-2025.pdf.
22. 21 CFR 101.9(c)(6)(iii).

honey, and sugars from concentrated fruit or vegetable juices that are more than what would be expected from the same volume of 100 percent fruit or vegetable juice of the same type."[23] Naturally occurring sugars, such as those found in milk, fruits, and vegetables, are not added sugars.

32.     The Products have declared added sugars consistent with the U.S. food labeling regulations.  The added sugars declarations for the Products Dr. Taylor discusses in her report are indicated below:

| Product | Grams of Added Sugars per Serving |
|---|---|
| Organic Fruit Yogurt Smoothie (Apple Blueberry) | 4 |
| Organic Fruit Yogurt Smoothie (Peach Banana) | 0 |
| Chicken Casserole Protein Puree (Apricot) | 0 |

The added sugar in the Products (to the extent there is any) comes from fruit concentrates, and the values are less than the innate sugar content per 100g of the fruit in the Products, as indicated below.[24]  It is important to note that total sugars in fruits include sucrose, fructose, glucose, and other forms of carbohydrates.

| Fruit | Total Sugars per 100 g |
|---|---|
| Apple | 12.2 |
| Banana | 15.8 |
| Blueberry | 9.4 |
| Apricot | 9.2 |
| Peach | 8.4 |

33.     Glycemic Index:  The glycemic index, a concept advanced initially by Dr. David Jenkins over forty years ago, is not a helpful way of assessing the healthiness of the products at issue here.[25]  The glycemic index measures the effect of consuming a product on a person's blood sugar level.  However, postprandial glycemic responses to foods vary among individuals, as do their health status and physiological state throughout the day.[26]  Applying the glycemic

---

23. 21 CFR 101.9(c)(6)(iii).
24. USDA Nutrient Database. https://fdc.nal.usda.gov/
25. Jenkins DJ, Wolever TM, Taylor RH, Barker H, Fielden H, Baldwin JM, Bowling AC, Newman HC, Jenkins AL, Goff DV. Glycemic index of foods: a physiological basis for carbohydrate exchange. Am J Clin Nutr. 1981 Mar;34(3):362-6. doi: 10.1093/ajcn/34.3.362.
26. Pi-Sunyer, FX. Glycemic index and disease. Am J Clin Nutr. 2002. 76:290S-80S

index to the Products lacks scientific merit, clinical foundation, or regulatory justification. While controversial in the United States, the glycemic index is not an indicator of the health-promoting characteristics or lack thereof of the Products under discussion. Thus, the fact that pureed fruit may theoretically have a higher glycemic index than whole fruits does not provide any basis to conclude that they are unhealthy for children under two years old.

Dietary Protein in the Products

34.    Infancy and childhood are the highest life stages for protein requirements. The reference value of protein at this stage is about 0.5 g per pound body weight or approximately 13 g per day for a 26-pound child, meaning that young children should consume at least this amount of protein.[27] Dietary protein is essential for average growth and development, the maturation of the immune system, typical cell turnover, and the production of metabolic and digestive systems, to name a few protein functions.[28] Unless a child presents acute or chronic renal disease or hepatic disorders, there is no basis to conclude that consuming the Products (which contain 1-5 grams of protein per serving) will result in excess protein intake or any health implications related to such excessive intake.

Alleged Risks of Pureed Pouch Products

35.    Dr. Taylor's opinion that pouched puree products cannot be consumed by children under two years old as part of a healthy diet lacks support. Dr. Taylor's opinion in this regard is primarily based on her unsupported assumption that such products make up the primary or exclusive diet of children who consume them, thus displacing foods of other textures or nutrient profiles. As discussed above, the Products contain nutrients beneficial to children as part of a varied diet. Furthermore, Dr. Taylor's focus on the glycemic index as a basis to conclude that purees are "unhealthy" does not make sense for the reasons discussed in Paragraph 33.

36.    Dr. Taylor also provides no support for her assumption that children under two years old consume the Products straight from the pouch. As discussed below, pouches provide

---

27. Institute of Medicine. 2005. Dietary Reference Intakes for Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein, and Amino Acids. Washington, DC: The National Academies Press. https://doi.org/10.17226/10490.
28. Muth ND, Tanaka M. The Clinician's Guide to Pediatric Nutrition. Am Acad Pediatr. 2023. https://doi.org/10.1542/9781610026628

an effective method of safely delivering nutritious foods in non-refrigerated conditions. There is no requirement that the Products be consumed directly from the spout.

Alleged Risk of Dental Caries

37.    Approximately ten years ago, the World Health Organization advised restricting sugars to less than 5% of energy to reduce the incidence of dental caries.[29] This recommendation was based on a systematic review of 55 studies. However, the global scientific community subsequently challenged the statistical association presented in this review regarding the practical nature of the recommendation since most developed countries have excellent dental programs focused on reducing the probability of dental caries among children, and the data were of low quality. As suggested above, one must consider the matrix effect, viz the system in which nutrients are delivered. A 2019 study indicated that a prospective cohort of children and adolescents found no association between 100% fruit juice intake and tooth erosion or dental caries.[30] In a developed country such as the United States, children's consumption of pureed fruits is unlikely to contribute to dental caries.

Alleged Risks of Food Processing

38.    The purpose of food processing, regardless of the technology, is to improve food safety, extend food shelf life, and often enhance nutrient bioavailability. For example, thermal and non-thermal processing technologies typically reduce microbial loads, reduce or eliminate innate plant toxins, and improve the bioavailability of minerals and purported bioactives.[31] Classic aseptic processing, such as that used for the Products under discussion, involves packaging previously sterilized products into containers under sterile conditions, ensuring they do not need refrigeration until after opening. Moreover, the processing of the products into puree form does not negatively impact the bioavailability of the nutrients in the food or render them

29. Moynihan PJ, Kelly SA. Effect on caries of restricting sugars intake: systematic review to inform WHO guidelines. J Dent Res. 2014. 93(1):8-18. doi: 10.1177/0022034513508954.
30. Liska D, Kelley M, Mah E. 100% Fruit Juice and Dental Health: A Systematic Review of the Literature. Front Public Health. 2019. 12;7:190. doi: 10.3389/fpubh.2019.00190.
31. Michel M, Eldridge AL, Hartmann C, Klassen P, Ingram J, Meijer GW. Benefits and Challenges of food processing in the context of food systems, value chains and sustainable development goals. Trends Food Sci Technol. 2024. 153:104703. doi: 10.1016/j.tifs.2024.104703

unhealthy for consumption.[32]  The scientific literature does not support Dr. Taylor's broad
conclusion that all processed foods are "unhealthy."


Date: _____
            10/21/2024

_____
Dr. Roger A. Clemens, DrPH

---

32. David JR, Coronel PM, Simunovic J, Graves RH, Carlson VB, Szemplenski TE. 2022. Aseptic Processing and
Packaging. Handbook of Aseptic Processing and Packaging,

**EXHIBIT 1**

Roger A Clemens, DrPH
Cell: (818) 624-2616
https://pharmacyschool.usc.edu/faculty/profile/?id=396
http://www.polyscienceconsulting.com

## CURRENT POSITION

Adjunct Assistant Professor, Regulations and Quality Studies, USC Mann School of Pharmacy, Los
Angeles, CA (clemens@usc.edu)
Adjunct Lecturer, College of Law, Michigan State University, East Lansing, MI (cleme242@msu.edu)
Panel Manager, Novel Foods and Innovative Manufacturing Technologies, National Institute of Food and
Agriculture, United States Department of Agriculture (USDA), Washington, DC
Co-Founder & Executive Vice President, Polyscience Consulting, Chatsworth, CA/Loveland, CO
(rclemens@polyscienceconsulting.com)

## EDUCATION

| | |
|---|---|
| Doctor of Public Health | 1978, UCLA, Nutrition/Biological Chemistry |
| Master of Public Health | 1973, UCLA, Nutrition |
| Bachelor of Arts | 1972, UCLA, Bacteriology |

## CREDENTIALS

Community College Instructor (Valid for Life, State of California): Biological Sciences; Foods, Food
Services, and Related Technologies; Chemistry
Community College Chief Administrative Officer (Valid for Life, State of California)
Certified Nutrition Specialist (American Nutrition Association, formerly American College of Nutrition,
#206)
Certified Food Scientist (Institute of Food Technologists, #356)

## EXPERIENCE - FOOD INDUSTRY

| | |
|---|---|
| 2011 – 2015 | Chief Scientific Officer, Horn, La Mirada, CA |
| 1991 – 1999 | Scientific Advisor (Science Officer), Nestlé USA, Nutrition Division, Glendale, CA |
| 1984 – 1991 | Manager, Nutrition Research, Nestlé R&D (Carnation), Van Nuys, CA |
| 1983 – 1984 | Senior Research Nutritionist, Carnation Research Laboratories, Van Nuys, CA |
| 1978 – 1982 | Research Nutritionist, Carnation Research Laboratories, Van Nuys, CA |

## EXPERIENCE - UNIVERSITY

| | |
|---|---|
| 2024 | Adjunct Instructor, Miller School of Medicine, University of Miami, Miami, Florida |
| 2022 – pres | Adjunct Instructor, College of Law, Michigan State University, East Lansing, Michigan |
| 2017 – pres | Adjunct Assistant Professor, Regulatory and Quality Sciences, Alfred E. Mann School of Pharmacy, University of Southern California, Los Angeles, California |
| 2001 – 2024 | Adjunct Professor, Pharmacology & Pharmaceutical Sciences, Alfred E. Mann School of Pharmacy, University of Southern California, Los Angeles, California |
| 2014 – 2015 | Adjunct Professor, Food Science & Nutrition, California State University, Northridge, California |
| 2006 – 2011 | Associate Director, Regulatory Science, University of Southern California, School of Pharmacy |
| 2006 – 2010 | Lecturer, California State University, Northridge |

1

| 2001 – 2006 | Director, Analytical Research Services and Complementary Therapeutics Laboratory, University of Southern California |
|---|---|
| 2000 – 2003 | Adjunct Professor, California State Polytechnic University, Pomona |
| 1999 – 2000 | Department Head / Professor, Food Science and Nutrition, California Polytechnic State University, San Luis Obispo, California |
| 1988 – 1992 | Adjunct Assistant Professor (Nutritional Sciences), University of California, Los Angeles |
| 1982 – 1983 | Lecturer (Home Economics), California State University, Long Beach |
| 1981 – 1988 | Visiting Lecturer, University of California, Los Angeles |
| 1980 – 1990 | Adjunct Assistant Professor (Food Science and Nutrition), Chapman University |
| 1974 – 1977 | Instructor (Christian Education), Biola University |

## U.S. GOVERNMENT

| 2023 – 2025 | Panel Manager, Novel Foods and Innovative Manufacturing Technologies (A1364), National Institute of Food and Agriculture, United States Department of Agriculture, Washington, DC (32 experts; awarded $10M in 2024) |
|---|---|

## PUBLICATIONS

**Editor/Reviewer**
Advances in Nutrition: Reviewer
American Journal of Clinical Nutrition: Reviewer
Antioxidants: Reviewer
BMC Medicine: Reviewer
British Journal of Nutrition: Guest Editor; Reviewer
British Medical Journal Open: Reviewer
Comprehensive Reviews in Food Science and Nutrition: Reviewer
Computers in Biology and Medicine: Reviewer
Current Developments in Nutrition: Reviewer
Current Nutrition & Food Science: Reviewer
Frontiers in Nutrition: Reviewer
Food and Chemical Toxicology: Reviewer; Associate Editor
Food and Nutrition Bulletin: Reviewer
Food and Nutrition Sciences: Reviewer
Infection and Drug Resistance: Reviewer
International Journal of Environmental Research and Public Health: Reviewer
International Journal of Health Promotion and Education: Reviewer
Journal of Alternative and Complementary Medicine: Reviewer
Journal of Applied Animal Ethics Research: Reviewer
Journal of Dietary Supplements: Reviewer
Journal of Food Science: Reviewer, Associate Editor
Journal of Functional Foods: Reviewer
Journal of Medical and Chemical Sciences: Reviewer
Journal of Nutrition: Reviewer
Journal of Nutrition and Metabolism: Reviewer
Journal of Parenteral and Enteral Nutrition: Reviewer
Journal of the American Oil Chemists Society: Reviewer
Molecular Cancer Therapeutics: Reviewer
Nature Partner Journal – Science of Food: Editor
National Aeronautics and Space Administration (NASA): Grant Reviewer (Food Science and Nutrition)
Nutrients: Reviewer; Editorial Board (Public Health; 2022-2024)
Nutrition in Clinical Practice: Reviewer
Nutrition Journal: Reviewer

2

Nutrition Reviews: Reviewer
Nutrition Today: Contributing Editor
Pharmaceutical Biology: Reviewer
Sustainability: Reviewer
Toxicology Reports: Reviewer
Toxicology Research and Application: Reviewer
Trends in Food Science: Reviewer
United States Department of Agriculture, Agricultural Research Service: Grant Reviewer

**Journal Advisory/Editorial Board**

American Council on Science and Health
AOAC International
Nutrients
Nutrition Today

**Newsletters**

Co-editor-in-chief, Nutrition & the MD, Lippincott, Williams & Watkins, Philadelphia, PA (2005-06)

**Manuscripts**

1. Naidu AS, Wang C-K, Rao P, Mancini F, **Clemens RA**, Wirakartakusumah A, Chiu H-F, Yen C-H, Naidu SAG. (2024) Precision nutrition to reset virus-induced human metabolic reprogramming and dysregulation (HMRD) in long-COVID. npj Sci Food. 8:19. https://doi.org/10.1038/s41538-024-00261-2

2. **Clemens RA**, Rao PG, Elouafi I, Oniang'o R, Chandrasekara A, Pressman P, Yadav J. (2023) A Commentary on Millets for Enhancing Agri-economy, Nutrition, Environmental, and Sustainable Development Goals.  J Food Bioact. 22:1-4. doi: 10.31665/JFB.2023.18342

3. Hayes AW, Pressman P, **Clemens RA.** 2023. The Absence of Genotoxicity of Aloe vera Beverages: A Review of the Literature. Food Chem Toxicol. doi: 10.1016/j.fct.2023.113628

4. Pressman P, **Clemens RA**, Hayes AW. 2022 EFSA Strikes Again: A Commentary on Flawed Analysis. Eur J Food Sci Technol. 10(3):13-23

5. Naidu AS, Shahidi F, Chin-Kun Wang C-K, Sato K, Wirakartakusumahe A, Aworh OC, **Clemens RA**. 2022. SARS-CoV-2-induced host metabolic reprogram (HMR): nutritional interventions for global management of COVID-19 and post-acute sequelae of COVID-19 (PASC) J Food Bioact. 18. doi: 10.31665/JFB.2022.18306

6. Naidu AS, Mustafa G, **Clemens RA**, Naidu AS. Plant-Derived Natural Non-Nucleoside Analog Inhibitors (NNAIs) against RNA-Dependent RNA Polymerase Complex (nsp7/nsp8/nsp12) of SARS-CoV-2. J Diet Suppl. 2023. 20(2):254-283. doi: 10.1080/19390211.2021.2006387.

7. Naidu SAG, **Clemens RA**, Naidu AS. 2022. SARS-CoV-2 Infection Dysregulates Host Iron (Fe)-Redox Homeostasis (Fe-R-H): Role of Fe-Redox Regulators, Ferroptosis Inhibitors, Anticoagulants, and Iron-Chelators in COVID-19 Control. J Dietary Suppl. doi: 10.1080/19390211.2022.2075072

8. Naidu AS, **Clemens R.** 2022. Nutritional Management of COVID-19 and Post-Acute Sequelae of COVID-19 (PASC): No Smell, No Taste – Dealing with a Senseless Phase of the Pandemic. Nutr Today. 57(6):309-316. doi: 10.1097/NT.0000000000000574

9. Pressman P, **Clemens R**, Hayes AW. 2022. Significant Shifts in Preclinical and Clinical Neurotoxicology: A Review and Commentary. Toxicol Mech Methods. doi: 10.1080/15376516.2022.2109228

3

10. **Clemens RA**, Shahidi F. 2022. Upregulation of immune system against COVID-19: the role of food science, nutrition, and bioactive compounds. J Food Bioact. 2022; 17:1. https://doi.org/10.31665/JFB.2022.17296

11. Pressman P, **Clemens RA**, Hayes AW. 2022. A Call for Perspective and Precision in Research Design and Conclusions Drawn from Preclinical Data. Am J Clin Oncol 2022. https://doi.org/10.1097/COC.0000000000000889

12. Hayes AW, **Clemens RA**, Pressman P. The absence of genotoxicity of Aloin A and B in an aloe gel beverage. Toxicology Mechanisms and Methods 2022. https://doi.org/10.1080/15376516.2021.2023828

13. Naidu SAG, Mustafa G, **Clemens RA**, Naidu AS. Plant-derived natural non-nucleoside analog inhibitors (NNAIs) against RNA-dependent RNA polymerase complex (nsp7/nsp8/nsp12) of SARS-CoV-2. J Dietary Suppl. 2021. https://doi.org/10.1080/19390211.2021.2006387

14. Naidu SAG, Tripathi YB, Shree P, **Clemens RA**, Naidu AS. Phytochemical inhibitors of SARS-CoV-2/NSP5-encoded main protease (M$^{pro}$) autocleavage enzyme critical for COVID-19 pathogenesis. J Dietary Suppl. 2021. https://doi.org/10.1080/19390211.2021.2006388

15. Naidu AS, Pressman P, **Clemens RA** Coronavirus (CoV) and nutrition: What is the evidence for dietary supplements usage for COVID-19 control and management? Nutr Today. 2021. DOI: 10.1097/NT.0000000000000462

16. Pressman P, Bridge WJ, Zarka MH, Hayes AW, **Clemens R**. Dietary γ-Glutamylcysteine: Its impact on glutathione status and potential health outcomes. J Dietary Suppl 2020; DOI: 10.1080/19390211.2020.1856266

17. Naidu S, **Clemens R**, Pressman P, Zaigham M, Kadkhoda K, Davies K, Naidu AS. COVID-19 during pregnancy and postpartum: Antiviral spectrum of maternal lactoferrin in fetal and neonatal defense. J Dietary Suppl 2020; DOI: 10.1080/19390211.2020.1834047

18. Naidu S, **Clemens R**, Pressman P, Zaigham M, Kadkhoda K, Davies K, Naidu AS. COVID-19 during pregnancy and postpartum I) Pathobiology of Severe Acute Respiratory Syndrome Coronavirus-2 (SARS-CoV-2) at Maternal-Fetal Interface. J Dietary Suppl 2020; doi: 10.1080/19390211.2020.1834049

19. Papanikolaou YP, Slavin JL, **Clemens R**, Brenna JT, Hayes D, Gaesser GA, Fulgoni III VL. Do refined grains have a place in a healthy dietary pattern: Perspectives from an expert panel consensus meeting. Curr Dev Nutr 2020; doi: 10.1093.cdn.nzaa125

20. Gray A, Dang BN, Moore TB, **Clemens R**, Pressman P. A review of nutrition and dietary interventions in oncology. SAGE Open Medicine 2020; https://doi.org/10.1177/2050312120926877

21. Pressman P, **Clemens R**, Sahu S, Hayes AW. A review of methanol poisoning: a crisis beyond ocular toxicology. Cutaneous and Ocular Toxicology 2020; https://doi:10.1080/15569527.2020.1768402

22. Pressman P, Naidu AS, **Clemens R**. COVID-19 and Food Safety: Risk Management and Future Considerations. Nutrition Today 2020; Posted April 7, 2020; https://journals.lww.com/nutritiontodayonline/pages/default.aspx; doi: 10.1097/NT.0000000000000415

23. Karupaiah T, Chuah K, Chinna K, Pressman P, **Clemens RA**, Hayes AW, Sundram K. A cross-sectional study on the dietary pattern impact on cardiovascular disease biomarkers in Malaysia. Sci Rep 2019; 9:13666; doi:10.1038/s41598-019-49911-6

24. Pressman P, **Clemens R**, Hayes AW. Aloe vera at the frontier of glycobiology and integrative medicine: Health implications of an ancient plant. SAGE Open Medicine 2019; doi: 10.1177/2050312119875921

25. Pressman P, **Clemens R**. Neurodevelopment and Exposure to Cannabis. Nutr Today 2019; doi: 10.1097/NT.0000000000000341

26. Clemens R, **Pressman P**. Introduction: Cannabis in Society Today. Nutr Today 2019; doi: 10.1097/NT.0000000000000331

27. Pressman P, Hayes AW, **Clemens RA**. Expediting toxicity testing with increased precision, predictive power and clinical utility. Toxicology Research and Application, 2018; doi: 10.1177/2397847318773058

28. **Clemens R**, Pressman P. Coloring the Truth: Color Additives in Nutrition & Health. Nutr Today 2018; doi: 10.1097/NT.0000000000000285

29. Drewnowski A and The Ecosystem Inception Team. The Chicago consensus on sustainable food systems science. Frontiers 2018; doi: 10.3389/fnut.2017.00074

30. **Clemens R**, Pressman P. Food Gums: A primer on Carrageenan. Nutr Today 2017; doi: 10.1097/NT.0000000000000235

31. Pressman P, **Clemens R**, Hayes W, Reddy C. 2017. Food additive safety: A review of toxicologic and regulatory issues. Toxicology Research and Application 1:1-22; doi: 10.1177/2397847317723572

32. Pressman P, **Clemens RA** & Hayes AW. Minimizing Threats to Scientific Integrity. 2017. Toxicology Research and Application 1:1-3; doi: 10.1177/2397847317710211

33. **Clemens R**, Hayes AW, Sundram K, Pressman P. Palm Oil and Threats to a Critically Important Food Source: The Chloropropanols: Caution, Controversy, and Correction. Toxicology Research and Application 2017, DOI: 10.1177/2397847317699844

34. Pressman P, **Clemens R**, Hayes AW. Bioavailability of Micronutrients Obtained from Supplements and from Food: A Survey, and Case Study of the Polyphenols. Toxicology Research and Application 2017; DOI: 10.1177/2397847317696366

35. Clemens R, **Pressman P**. Food Gums: An Overview. Nutr Today 2017; DOI: 10.1097/NT.0000000000000190

36. Rippe JM, Sievenpiper J, Lê K-A, White JS, **Clemens R**, Angelopoulos TJ. What is the appropriate upper limit for sugar consumption? Nutr Rev 2017;75(1):18-36 (DOI: 10.1093/nutrit/nuw046)

37. **Clemens RA**, Jones JM, Kern M, Lee S-Y, Mayhew EJ, Mohamedshah FY, Slavin JL, Zivaovic S. Functionality of sugar in health. Crit Rev Food Sci Food Safety 2016; (DOI: 10.1111/1541-4337.12194)

38. Pressman P, **Clemens RA**. Implications for the modulation of angiogenesis. Int J Multidis Res Dev 2015

39. Pressman P, **Clemens RA**, Rodriguez HA. Food addiction: clinical reality or mythology. Am J Med 2015

40. **Clemens R**, Drewnowski A, Ferruzzi MG, Toner CD, Welland D. Squeezing Fact from Fiction about 100% Fruit Juice. Adv Nutr 2015; DOI: 10.3945/an.114.007328.

41. **Clemens R**, van Klinken B J-W. Oats, more than just a whole grain: an introduction. Br J Nutr 2014;112:S1-S3. DOI: 10.1017/S0007114514002712

42. **Clemens R**, van Klinken B J-W. The future of oats in the food and health continuum. Br J Nutr 2014;112:S75-S79. DOI: 10.1017/S0007114514002724

43. **Clemens R**. The Perception of Organic Foods: Is It Correct? MD Conference Express 2014; March:15-16

44. Feeney MJ et al., Mushrooms and Health Summit Proceedings. J Nutr 2014; DOI: 10.3945/jn.114.190728

45. McKeown NM, Jacques PF, Seal CJ, de Vries J, Jonnalagadda SS, **Clemens R**, Webb D, Murphy LA, van Klinken J-W, Topping D, Marquart LF, Murray R, Degeneffe D. (2012) Whole grains and health: From theory to Practice – Highlights of the grains for health foundation's whole grains summit. J Nutr 2013;143:744S-58S. DOI: 10.3945/jn.112.172536

46. Dwyer JT, Fulgoni VL, **Clemens RA**, Schmidt DB, Freedman MR. (2012) Is "processed" a four-letter word? The role of processed foods in achieving dietary guidelines and nutrient recommendations. Adv Nutr 3:536–48. doi: 10.3945/an.111.000901

47. **Clemens R**, Kranz S, Mobley AR, Nicklas TA, Raimondi MP, Rodriguez JC, Slavin JL, Warshaw H. (2012) Filling America's Fiber Intake Gap:  Summary of a Roundtable to Probe Realistic Solutions with a Focus on Grain-Based Foods. J Nutr 142:1390S-1401S. doi: 10.3945/jn.112.160176

48. Booth N, Kruger CL, Hayes AW, **Clemens RA.** An innovative approach to the safety evaluation of natural products: Cranberry (*Vaccinium macrocarpon* Aiton) leaf aqueous extract as a case study. Food Chem Toxicol 2012;50:3150-65. doi: 10.1016/j.fct.2012.03.075.

49. Adams JD, Jr, Lee S-Y, Kim JE, Petrosyan J, Shahgholi M, **Clemens R**. (2012) Opioid Alkaloids in Fire Poppies, *P. Californicum*. Natural Prod J 2:1-5

50. MacLean WC Jr, van Dael P, **Clemens R**, Davies J, Underwood E, O'Risky L, Rooney D, Schrijver J. (2010) Upper levels of nutrients in infant formulas: Comparison of analytical data with the revised Codex infant formula standard. J Food Comp Analysis 23:44-53; doi: 10.1016/j.jfca.2009.07.008

51. Miller GD, Drewnowski A, King J, Gibney M, **Clemens R**. (2010) Nutrient profiling: Global approaches, policies and perspectives. Nutr Today 45(1):6-12

52. Bidlack WR, Birt D, Borzelleca J, **Clemens R**, et al. (2009) Making Decisions about the Risks of Chemicals in Foods with Limited Scientific Information. Comp Rev Food Sci Food Safety 8:269-303

53. Feldman S, Schwartz HI, Kalman DS, Mayers A, Kohrman HM, **Clemens R**, Krieger DR. (2009) Randomized Phase II Clinical Trials of Wellmune WGP® for Immune Support During Cold and Flu Season. J Appl Res 9 (1&2):30-42

54. Lund D, **Clemens RA**. (2009) "Small Changes" may have a big effect! J Food Sci 74(2):*vii* (Commentary)

55. Zheng S, Steenhout P, Kuiran D, Qihong W, Weiping W, Hager C, Haschke F, **Clemens RA** (2006) Nutritional support of pediatric cancer patients consuming an enteral formula with fructo-oligosaccharides. Nutr Res 26:154-162

56. Kim SH, Huang TS, Seymour TA, Wei CI, Kempf SC, Bridgman CR, **Clemens RA**, An H. (2004) Identification of a biomarker for the detection of prohibited meat and bone meal residues in animal feed. J Food Sci 69(9):C739-45

57. Bidlack WR, Wang W, **Clemens R**. (2004) Water: The World's Most Precious Resource. J Food Sci 69(2):CRH55-61.

58. Metts J, Famula TR, Trenev N, **Clemens RA**. (2003) *Lactobacillus acidophilus* strain *NAS* (H$_2$O$_2$ positive) in reduction of recurrent Candidal vulvovaginitis. *J Appl Res* 3(4):340-348

59. Barshop BA, Nyhan WL, Steenhout PH, Endres W, Dean TR, **Clemens RA** (2003) Fructo-oligosaccharide tolerance in patients with hereditary fructose. A preliminary nonrandomized open challenge short-term study. *Nutr Res* 23(8):1003-1011

60. Naidu AS, Bidlack WR, **Clemens RA**. (1999) Probiotic spectra of lactic acid bacteria (LAB). *CRC Critical Rev Food Sci Nutr* 39(1):13-126

61. Fuchs GJ, **Clemens RA**, Hutchinson SW, DeWier M, Roche AF, Guo S, Chumlea WC, Khamis HJ, Witherly SA, Merritt RJ, Suskind RM, Siervogel RM. (1996) Growth of older infants fed low-fat formula. *Nutr Res* 16(3):391-400

62. Hardwick LL, Jones MR, Buddington RK, **Clemens RA**, Lee DBN. (1990) Comparison of calcium and magnesium absorption: in vivo and in vitro studies. *Am J Physiol* 259:G720-G726; doi: 10.1152/ajpgi.1990.259.5.G720

63. Jacob RA, Swendseid ME, McKee RW, Fu CS, **Clemens RA**. (1990) Biochemical markers for assessment of niacin status in young men: urinary and blood levels of niacin metabolites. *J Nutr* 119:591-598

64. Jones MR, Martins JE, **Clemens RA**. (1988) Mineral balance and blood pressure in the young spontaneously hypertensive rat. *J Nutr* 118:114- 120

65. Stults VJ, Sapiro KTS, **Clemens RA**, Adams GS. (1987) Evaluation of a lingual test for vitamin C status. *J Oral Med* 42(4):229-232

66. Hardwick LL, **Clemens RA**, Jones MR. (1987) Effects of calcium phosphate supplementation on calcium, phosphorus, and magnesium metabolism in the Wistar rat. *Nutr Res* 7:787-796

67. Jones MR, Hardwick LL, **Clemens RA**. (1987) Effect of calcium phosphate supplementation on blood pressure in the Wistar rat. *Nutr Res* 7:779-785

68. Jenks BH, McKee RW, Swendseid ME, Faraji B, Figueroa WG, **Clemens RA**. (1987) Methylated niacin derivatives in plasma and urine after an oral dose of nicotinamide given to subjects fed a low-methionine diet. *Am J Clin Nutr* 46:496-502

69. Jones MR, Ghaffari F, Tomerson BW, **Clemens RA**. (1986) Hypotensive effect of a high calcium diet in the Wistar rat. *Mineral Electrolyte Metab* 12(2):85-91

70. Bidlack WR, Smith CH, **Clemens RA**, Omaye ST. (1986) Nutrition in the Elderly (A Scientific Status Summary by the Institute of Food Technologists Expert Panel on Nutrition and Safety) *Food Tech* 40:80-87

71. **Clemens RA**, Brown RC. (1986) Biochemical methods for assessing the vitamin and mineral nutritional status of the elderly. *Food Tech* 40(2):71-81

72. **Clemens RA**, Kopple JD, Swendseid ME. (1984) Metabolic effects of histidine-deficient diets fed to growing rats by gastric tube. *J Nutr* 114(11):2138-2146

73. **Clemens RA**. (1982) Effects of storage on the bioavailability and chemistry of iron powders in a heat-processed liquid milk-based product. *J Food Sci* 47(1):228-230

74. **Clemens RA**, Mercurio KC. (1981) Effects of processing on the bioavailability and chemistry of iron powders in a liquid milk-based product. *J Food Sci* 46(3):930-932, 935

**Abstracts**

1. Pressman P, Hayes AW, **Clemens R,** Singer A, Bauter M. (2024) Evaluation of 90-day repeated dose oral toxicity of an Aloe vera gel beverage with Ki-67 staining in experimental animals. Presented at the IUFoST Congress, Rimini, Italy

2. Toner CD, **RA Clemens**, W Reinhardt (2004) Principles of emerging science communications related to dietary components and health. Presented at the Institute of Food Technologists' annual meeting, Las Vegas, NV (Abstract 108-2)

3. Kim SH, TS Huang, TA Seymour, CI Wei, SC Kempf, CR Bridgman, **RA Clemens**, H An (2004) Development of an immunochemical assay for detection of meat and bone meal residues in animal feed. Presented at the Institute of Food Technologists' annual meeting, Las Vegas, NV (Abstract 67C-18)

4. Kim SH, TS Huang, TA Seymour, CI Wei, SC Kempf, CR Bridgman, **RA Clemens**, H An (2004) Identification of a biomarker for the detection of prohibited MBM residues in animal feed. Presented at the Institute of Food Technologists' annual meeting, Las Vegas, NV (Abstract 67C-17)

5. **Clemens RA**, MP Pujari, PA Sandford (2004) Polychlorinated biphenyls (PCBs) in dietary fish oil supplements: a comparison of EPA and ELISA methods. Presented at the Institute of Food Technologists' annual meeting, Las Vegas, NV (Abstract 49I-12)

6. Pujari MP, A DeMocko, **RA Clemens** (2004) A rapid and sensitive method to quantify phytosterols using gas chromatography-mass spectrometry (GCMS). Presented at the Institute of Food Technologists' annual meeting, Las Vegas, NV (Abstract 29-1)

7. **Clemens RA**, Tsai A, Saavedra JM, Novak K (2002) *In vitro* digestibility assessment of intact and hydrolyzed proteins in infant formula. *J Am Coll Nutr* 21(5):482 (Abstract 68)

8. Hardwick LL, **RA Clemens**, MR Jones (1987) Effect of supplementation of the AIN76A diet with $CaHPO_4$ and MgO upon blood pressure (BP) in Wistar rats. *Fed Proc* 46(3):889

9. Johnston PK, IF Hunt, N Murphy, DJ Baylink, **RA Clemens** (1987) Osteocalcin (OC), bone mineral content (BMC) and calcium intake in postmenopausal women. *Fed Proc* 46(3):902

10. McKee RW, CS Fu-Liu, ME Swendseid, RA Jacob, **R Clemens** (1987) Niacin metabolites in plasma and urine following a small dose of nicotinamide given to subjects receiving diets either adequate or low in niacin. *Fed Proc* 46(4): 1184

11. Huibonhoa A, MR Jones, **RA Clemens** (1987) Effect of a marginal Ca diet on blood pressure (BP) in the normal rat. Presented at the American Society of Hypertension, First Annual Meeting

12. Jones MR, J Martins, **RA Clemens** (1986) Mineral balance in the spontaneously hypertensive rat. *Fed Proc* 45(3):300

13. Jones MR, F Ghaffari, **RA Clemens** (1985) Effect of calcium supplementation on food consumption and electrolyte excretion. Presented at XIII International Congress of Nutrition, Brighton, UK

14. **Clemens RA**, B Jenks, B Faraji, RW McKee, ME Swendseid (1985) Metabolic effects of a low methionine low choline diet fed human subjects. Presented at XIII International Congress of Nutrition, Brighton, UK

15. Hamamura J, BC Burros, **RA Clemens**, CH Smith (1985) Dietary fiber and digoxin. *Fed Proc* 44(3):759 (abstract 2036)

16. Jenks B, R McKee, B Faraji, M Swendseid (1985) Methylated niacin derivatives in urine following a dose of nicotinamide given to subjects fed diets varying in methionine content. *Fed Proc* 44(5): 1522 (abstract 6500)

17. Jones MR, B. Tomerson, **RA Clemens** (1984) Effect of supplemental dietary calcium on blood pressure in the normal rat. *Fed Proc* 43(3):648 (abstract 2127)

18. Faraji B, YA Kang-Lee, **RA Clemens**, ME Swendseid (1982) Effects of diets devoid of histidine on zinc metabolism in rats. Presented at Histidine III, Third International Workshop, Bermuda

19. **Clemens RA**, JD Kopple, ME Swendseid (1978) Metabolic effects of histidine-free diets in rats. *Fed Proc* 37(3):263 (abstract 274)

**Books & Book Chapters**

1. **Clemens R**, Kadharmestan C. (*submitted*) Food Regulations USA – An Update. In: An Overview of FDA Regulated Products: From Drugs and Medical Devices to Food and Tobacco. Editors: Bain S, Drago D, and Pacifici E. Elsevier

2. Kapp RW, Pressman P, **Clemens R** (2023) Gastrointestinal Toxicology. In: Hayes' Principles and Methods of Toxicology. 7th edition. CRC Press

3. **Clemens RA**, Pressman P, Hayes AW (2023) Chapter 6: Food Additives Toxicology, In: History of Food and Nutrition Toxicology, Ed: Haugabrooks & Hayes, 1st edition, Academic Press

4.  Cragg ST, Pressman P, **Clemens RA**, Hayes AW. (2023) Ethers of ethylene glycol derivatives. Chapter 64.  In: Patty's Toxicology, Ed: Paustenbach, Farland, and Klaunig, 7th Edition, Wiley Press

5.  **Clemens RA**, Pressman P, Hayes AW (2022) Chapter 62: Consumer Attitudes About the Use of New Technologies in Agrifood Industries. In: Present Knowledge in Food Safety, International Life Science Institute. https://doi.org/10.1016/B978-0-12-819470-6.00034-2

6.  **Clemens R**, Kadharmestan C. (2018) Food. In: An Overview of FDA Regulated Products: From Drugs and Medical Devices to Food and Tobacco. Editors: Bain S, Drago D, and Pacifici E. Elsevier

7.  **Clemens R**, Pressman P. (2015) Nutritional and Dietary Supplements: Code or Concern. In: *Preventive Nutrition*, Ed: A. Bendich, R.J. Deckelbaum. Springer International Publishing, Switzerland, pp 47-62

8.  **Clemens RA**, Papanikolaou Y. (2014) Crystalizing Global Sugar Policy: Public Health Promise or Perception. In: *Fructose, High Fructose Corn Syrup, Sucrose and Health*, Ed: J.M. Rippe. Springer Science+Business Media, New York, pp 125-135

9.  **Clemens RA**. (2011) Human Intestinal Microbiome – Etiology of Inflammation Genomics. In: *Nutritional Genomics: The Impact of Dietary Regulation of Gene Function on Human Disease*, Ed: WR Bidlack and RL Rodriguez, *CRC Press*, New York, pp 303-313

10. **Clemens RA**. (2011) Milk A1 and A2 Peptides and Diabetes: In: *Milk and Milk Products in Human Nutrition*, Ed: RA Clemens, O Hernell, KF Michaelsen, S. Karger AG (Switzerland), pp 187-196

11. Naidu AS, **RA Clemens**. (2000) Antimicrobial properties of lactic acid bacteria. In: Natural Food Antimicrobial Systems, Ed: AS Naidu. *CRC Press,* New York, pp 431-462

12. Hamburger RN, **RA Clemens**, C Brown. (1997) The roles of *probiotics* and *prebiotics* in infants. In: *Neonat Hemat Immuno III,* Ed: JA Bellanti, R Bracci, G Prindull, M Xanthou. Elsevier Science B.V., pp 159-172

13. Jensen RG, SC Couch, JW Hansen, EL Lein, KM Ostrom, U Bracco, **RA Clemens**. (1995) Infant formulas: In: *Handbook of Milk Composition,* Ed: RG Jensen. Academic Press, pp 835-855

**Other**

Clemens R, Pressman P (2020) Exploring the Health Implications of Citrus Flavonoids. Food Tech 74(5):18-19

Clemens R, Pressman P, Hayes AW (2020) Cannabidiol's Dynamics and Health Claims – Yellow Light for CBD. World of Food Ingredients, February 2020; 52,54,55

Clemens R, Pressman P (2020) Food Authentication: Better Safety, More Powerful Technology. Food Tech 74(4):16,17

Clemens R, Pressman P (2020) Microalgae: A Sustainable Source of Nutrients? Food Tech 74(3):20

Clemens R, Pressman P (2020) Involuntary Weight Loss: As Vexing as Obesity. Food Tech 74(2):16,17

Clemens R, Pressman P (2020) Food and the Threat of Zoonotic and Phytoviral Spillover. Food Tech 74(1):20-21

Clemens R, Pressman P (2019) Vinegar in Health Dynamics. Food Tech 73(11):20

Clemens R, Pressman P (2019) Diet and Functional Gastrointestinal Disorders. Food Tech 73(9):20

Clemens R, Pressman P (2019) Understanding Alternative Dietary Proteins. Food Tech 73(8):24-25

Clemens R, Pressman P (2019) The Potential and Promise of Arginine in Human Nutrition. Food Tech 73(7):15

Clemens R, Pressman P (2019) Exploring the Potential Health Benefits of Olive Leaf Extracts. Food Tech 73(6):22

Byerly LO, Clemens R (2019) How Much Alcohol is Safe? Food Tech 73(5):20

Clemens R, Pressman P (2019) Mycotoxins: Growing Health Concerns? Food Tech 73(4):20

Clemens R, Pressman P (2019) The Health Implications of FODMAP. Food Tech 73(3):20,21

Clemens R, Pressman P (2019) Let's Clear Up the Confusion About Processed Food and Health. Food Tech 73(2):21,22

Clemens R, Pressman P (2019) Revisiting Oral Tolerance to Peanut Allergens. Food Tech 73(1):21,22

Clemens R, Pressman P (2018) A1/A2 Health Controversy. Food Tech 72(12):20-21

Clemens R, Pressman P (2018) Unlocking the Potential of CRISPR for Crops. Food Tech 72(11):15

Clemens R, Pressman P (2018) CRISPR-Deliverer or Disruptor? Food Tech 72(10):18-19

Stuart D, Clemens R (2018) Regenerative Agriculture Takes Root. Food Tech 72(8):20,21

Clemens R (2018) Teasing Health with Tea. Food Tech 72(7):20

Clemens R (2018) Analyzing the Link Between Diet and Prostate Cancer. Food Tech 72(6):20

Clemens R (2018) Exploring the Benefits of Fecal Microbial Transplants. Food Tech 72(5):19

Clemens R (2018) The Impact of Diet on Osteoarthritis. Food Tech 72(4):20

Clemens R (2018) Malnutrition and Cancer: The Sad State of the Science. Food Tech 72(3):20-21

Clemens R (2018) Let's Give Toxicology the Attention It Deserves. Food Tech 72(2):21

Clemens R (2018) The Silent Emergency in Ethiopia. Food Tech 72(1):20

Clemens R (2017) Edible Marijuana: Health Adulterant or Accent. Food Tech 71(12):14

Clemens R (2017) The Complicated Interplay of Alzheimer's Risk and Genetics. Food Tech 71(11):18

Clemens R (2017) Personalized Nutrition and the Microbiome. Food Tech 71(10):16-17

Clemens R (2017) Rediscovered Sources of Flour and Starch Entice Product Developers. Prepared Foods October 2017 (https://www.preparedfoods.com/articles/120525-rediscovered-sources-of-flour-and-starch-entice-product-developers)

Clemens R (2017) Why Is Nonalcoholic Fatty Liver Disease So Prevalent? Food Tech 71(9):20-21

Clemens R (2017) Nutritional Anthropology, Starvation, the Health of Children, and a Call to Action. Food Tech 71(8):20-21

Clemens R (2017) Military Nutrition Challenges Mirror Those of U.S. Population. Food Tech 71(7):20

Clemens R (2017) Ketogenic Diets: Nutrition Therapy that as Survived the Test of Time. Food Tech 71(6):21-22

Clemens R (2017) Developing Foods & Beverages for Diabetes. Prepared Foods June 2017 (https://www.preparedfoods.com/articles/119955-developing-foods-beverages-for-diabetes)

Feeney MJ, Clemens R. (2017) Prunes: No Longer a Laughing Matter. Food Tech 71(5):19-20

Jung A, Clemens R. (2017) Kimchi: Salt and Spice and Everything Nice—or Not? Food Tech 71(4):13

Kahn S, Clemens R. (2017) Caffeine's Effect Linked to Individual Genetics. Food Tech 71(3):20-21

Clemens R (2017) What's in Your Edible Vegetable Oil? Food Tech 71(2):20-21

Rampersaud G, Clemens R. (2017) The Citrus Industry's Future in Health and Wellness. Food Tech 71(1):16-17

Clemens R (2016) Biomarkers and the Complexities of Iron Deficiency. Food Tech 70(12):15

Clemens R (2016) Raspberry Ketone Weight Loss Hype Not Substantiated. Food Tech 70(11):20

Clemens R (2016) Dispelling a Myth About Cabbage Leaves. Food Tech 70(9):21

Clemens R (2016) Saturated Confusion. Food Tech 70(8):19

Clemens R (2016) Swallowing the Consequences of Dysphagia. Food Tech 70(7):20

Clemens R (2016) Plant Lectins: Toxic or Therapeutic. Food Tech 70(6):20

Clemens R (2016) Asthma, Allergy, and the Microbiome. Food Tech 70(5):16

Clemens R (2016) Botanicals and Herbs: Food or Medicine. Food Tech 70(4):19

Clemens R (2016) Coloring Clean Labels? Food Tech 70(3):19-20

Clemens RA, Hayes AW, Kruger CL. (2016) Filtering Scientific Noise: Colorectal Cancer and Red/Processed Meat. Food Tech 70(2):22-23

Clemens RA, Hayes AW, Kruger CL. (2016) Understanding the Difference between Hazard and Risk. Food Tech 70(1):18, 20

Hayes AW, Kruger CL, Clemens RA. Understanding the difference: What toxicology can teach us about hazard and risk. Food Safety Magazine Dec 2015/Jan 2016:15-17

Clemens R. (2015) Gene Silencing Technology and Food: RNA Interference Is Coming of Age. Food Tech 69(12):20

Clemens R, Rodriguez H. (2015) Risks of Melatonin use in Children. Food Tech 69(11):20

Clemens R (2015) Tocotrienols—Variations on the Vitamin E Story. Food Tech 69(10):17

Clemens R (2015) ARFID: A New Eating Disorder Classification. Food Tech 69(9):20

Clemens R (2015) Vanillin: More Than Just a Favorite Flavoring? Food Tech 69(8):20

Clemens R (2015) Do Apples Yield a Bountiful Harvest of Health Benefits? Food Tech 69(7):27

Clemens R (2015) Scientific Creativity, Courage, and Cancer. Food Tech 69(5):20

Clemens R (2015) The Emergence of Cellular Nutrition to Fight Cancer. Food Tech 69(4):20

Clemens R (2015) Nutrition Support in Pediatric Cancer. Food Tech 69(3):17

Clemens R (2015) Your Steak Is Safe to Eat. Food Tech 69(2):15

Clemens R (2015) Which Is Best: Food or Dietary Supplements? Food Tech 69(1):17

Clemens R (2014) Carrageenan—A Creamy Controversy? Food Tech 68(12):16

Clemens R (2014) 6.4 Trillion Calories and Counting. Food Tech 68(11):20

Clemens R (2014) Viruses: Cancer Causes or Cures? Food Tech 68(10):18

Clemens R (2014) A Perspective on Ebola and Public Health Issues in Africa. Food Tech 68(9):20

Clemens R (2014) The 'Humanization' of Pet Food. Food Tech 68(8):20

Clemens R (2014) Thinking Clearly About Brain Health. Food Tech 68(7):22

Clemens R (2014) A Decade of Commitment: More to Come Food Tech 68(6):26

Clemens R (2014) Bringing Science to the Table, Animal Nutrition Insights

Clemens R, Hayes AW, Hicks D, Morrissey M, Blakistone B (2014) Deconstructing the Mercury Myth. Food Tech 68(5):34-39

Clemens R (2014) Elimination Diets: Do We Know Enough? Food Tech 68(5):30

Clemens R (2014) New Ingredients for Immune Health. Nutraceuticals Business Review, March 2014

Clemens R (2014) Food Pharmacology. Food Tech 68(4):18

Clemens R (2014) The Benefits of Biomaterials for Food Packaging and More. Food Tech 68(3):21

Clemens R, Gilbert L. (2014) Connecting the Dots: Sustainability, Diet, and Health. Food Tech 68(2):19

Clemens R (2014) Emerging Approaches to Addressing Iron Insufficiency. Food Tech 68(1):21

Clemens R (2013) A Major Obstacle in the Path of Clinical Nutrition Research. Food Tech 67(12):22-3

Clemens R (2013) Needs of transplant patients challenge food professionals. Food Tech 67(7):20

Clemens R (2013) The science behind disordered eating drives. Food Tech 67(5):21

Rodriguez H, Clemens R (2013) Is there a milk-mucus connection? Food Tech 67(4):21

Clemens R, Pressman P (2013) Food Science and the Elimination of Nutrient Deficiencies. Food Tech 67(1):18

Clemens R, Pressman P (2012) Dietary Phosphorus: A New Health Target. Food Tech 66(12):18

Lapsley K, Clemens R (2012) Re-examining the Energy Value of Food. Food Tech 66(11):17

Pressman P, Clemens R (2012) Delving More Deeply into Nutrition and Athletic Performance. Food Tech 66(7):17-9

Pressman P, Clemens R (2012) Nutrition, Hydration: Principles for Optimal Athletic Performance. Food Tech 66(6):27-8

Pressman P, Clemens R (2012) Here's to Your Skin Health. Food Tech 66(4):21

Clemens R, Adams JD (2012) Evaluating Dietary Interventions for the Management of Multiple Sclerosis. Food Tech 66(2):24

Clemens R, Pressman P (2011) Where Would We Be Without Bees? Food Tech 65(11):19

Pressman P, Clemens R (2011) Flow-Mediated Dilation, Nutrition, and the Endothelium. Food Tech 65(10):20

Pressman P, Clemens R (2011) The Other Genome. Food Tech 65(9):24

Christ-Erwin M, Clemens R (2011) Jumping the Indifference Curve on Nutrition. Food Tech 65(4):20-21

Clemens R (2011) Breakfast – The Meal of Health. Food Tech 65(3):20

Clemens R (2011) Dietary Guidelines May Produced Unintended Consequences. Food Tech 65(2):22

Clemens R, Pressman P (2011) The Role of Nanotechnology in Feeding the World. Food Tech 65(1):18

Clemens R, Pressman P (2010) Shrinking the Malnutrition Map. Food Tech 63(12):18

Clemens R, Pressman P (2010) Antioxidants: Beyond the Benefits. Food Tech 64(11):18

Clemens R, Pressman P (2010) Protein and Peace: The Stabilizing Power of Food and Nutrition. Food Tech 64(10):23

Clemens R, Bidlack W (2010) Melatonin Enlightens Mediterranean-style Diets. Food Tech 64(9):18

Clemens R (2010) Pet Food - Ensuring Health in the Kennel. Food Tech 64(8):23

Perkins D, Yedigarova L, Clemens R (2010) Can diet help treat polycystic ovarian syndrome? Food Tech 64(7):20, 22

Rosanoff A, Clemens RA (2010) Managing Magnesium in a Sodium-Dominant Era. Food Tech 64(6):21

Clemens RA, Bidlack WR (2010) Pinpointing Olive Oil's Healthful Attributes. Food Tech 64(4):18

Clemens RA, Bidlack WR (2010) Advancing Our Understanding of Food Allergies. Food Tech 64(5):21

Clemens RA, Bidlack WR (2010) Reaching to Soy for Cancer Resolution. Food Tech 64(3):18

Clemens RA, Bidlack WR (2010) The Great Milk Peptide Debate. Food Tech 64(2):15

Clemens RA, Bidlack WR (2009) Metabolic Syndrome and Genetics. Food Tech 63(11):20

Clemens RA, Bidlack WR (2009) Feeding Your Genes. Food Tech 63(12):17

Clemens RA, Bidlack WR (2009) Metabolic Syndrome: Children at Risk. Food Tech 63(10):15

Clemens RA, Bidlack WR (2009) Vitamin D and Statins: Conflict or Concord. Food Tech 63(9):20

Clemens RA, Bidlack WR (2009) A Changing Perspective on Saturated Fat. Food Tech 63(8):19-20

Clemens RA, Pressman P (2009) Promising Beta-Glucans. Food Tech 63(7):15

Shih Y, Bidlack W, Clemens R (2009) Dissecting Low-carbohydrate Diets. Food Tech 63(6):20

Clemens RA, Bidlack WR (2009) Dietary Interventions Assist in HIV Management. Food Tech 63(5):20

Clemens RA, Serventi E (2009) Potato Power: The Humble Tuber Helps Promote Food Security. Food Tech 63(4):19

Clemens RA, Bidlack WR (2009) Choline – At the Intersection of Brain Development and Heart Health. Food Tech 63(3):19-20

Clemens RA, Bidlack WR (2009) Boning Up on Vitamin K. Food Tech 63(2):20, 22

Clemens RA, Pressman P (2009) Preventing Muscle Poverty. Food Tech 63(1):16

Clemens RA, Dubost J (2008) Catering to Gluten-Sensitive Consumers. Food Tech 62(12):21

Clemens RA, Pressman P (2008) Fishing for Better Health. Food Tech 62(10):21

Clemens RA, Pressman P (2008) Exploring Satiety Signals. Food Tech 62(11):19

Clemens RA, Pressman P (2008) Examining the Effects of Perchlorate on Thyroid Function. Food Tech 62(9):23

Clemens RA, Pressman P (2008) Needle-free Immunization for the Next Generation. Food Tech 62(8):18

Clemens RA, Dubost J (2008) Reasons to Rise and Shine for Breakfast. Food Tech 62(7):21

Clemens RA, Dubost J (2008) A Juicy Approach to Health. Food Tech 62(6):25-6

Clemens RA, Pressman P (2008) Aging Eyes: Envision the Opportunity. Food Tech 62(5):20

Clemens RA, Pressman P (2008) Immunonutrition: Applications in Health Management. Food Tech 62(4):19

Clemens RA, Pressman P (2008) Rethinking your Mind's Age. Food Tech 62(3):20

Clemens RA, Pressman P (2008) Spirits and the Common Cold. Food Tech 62(2):20

Clemens RA, Pressman P (2008) Biomarkers: Evidence of Benefit. Food Tech 62(1):17

Clemens RA, Pressman P (2007) HFCS – A Sticky Matter. Food Tech 61(12): 19

Clemens RA, Pressman P (2007) Oxidative Stress: Defense or Disease. Food Tech 61(11):18

Clemens RA, Pressman P (2007) Food and Alzheimer's Disease. Food Tech 61(10):16

Clemens RA, Cheng S (2007) More on Methylation & Cancer. Food Tech 61(9):17

Clemens RA, Dubost J (2007) Mushrooming Health Benefits of Fungi. Food Tech 61(8):17

Clemens RA, Cheng S (2007) Methylation: An Important Link between Food and Cancer. Food Tech 61(7):23

Clemens RA, Pressman P (2007) A Bite of Healthiness. Food Tech 61(5):21

Clemens RA, Pressman P (2007) Lost in Spice. Food Tech 61(4):19

Clemens RA, Pressman P (2007) Tryptophan and Appetite. Food Tech 61(3):17

Clemens RA, Pressman P (2007) Breaking with Western Tradition. Food Tech 61(2):21

Clemens RA, Coughlin J (2007) Coffee and Health. Food Tech 61(1):17

Clemens RA, Pressman P (2006) Comfort and Mood Foods. Food Tech 60(12):21

Clemens RA, Pressman P (2006) Hey Day in Grain Land. Food Tech 60(11):18

Clemens RA, Pressman P (2006) Energy Conundrum. Food Tech 60(10):19

Clemens RA, Pressman P (2006) Just a Pinch, Please. Food Tech 60(9):20

Clemens RA, Pressman P (2006) Medical Foods and Irritable Bowel Syndrome. Food Tech 60(8):19

Clemens RA, Pressman P (2006) Beyond Statins: Modulating Inflammation. Food Tech 60(7):17

Clemens RA, Pressman P (2006) The Struggle to Defeat Cancer. Food Tech 60(6):23

Clemens RA, Pressman P (2006) Epigenetics: Influencing Health Inheritance. Food Tech 60(5):23

Clemens RA, Pressman P (2006) Bioterrorism.  Not a Dead Issue. Food Tech 60(4):19

Clemens RA, Pressman P (2006) Women's Health. Fat Chance? Food Tech 60(3):17

Clemens RA, Pressman P (2006) Attaining Good Health is Not Magic. Food Tech 60(2):17

Clemens RA, Pressman P (2006) The Road to Diabetes. Food Tech 60(1):17

Clemens RA, Pressman P (2005) Doubts About Vitamin B Fortification. Food Tech 59(12): 23

Clemens RA, Pressman P (2005) Avian Flu: Chicken Little, Owl Wise. Food Tech 59(11): 20

Clemens RA, Pressman P (2005) Is C-Reactive Protein a Valid Biomarker. Food Tech 59(10): 19

Clemens RA, Pressman P (2005) Chocolate and Affairs of the Heart. Food Tech 59(9): 21

Clemens RA, Pressman P (2005) Fighting Obesity: Surgery or Lifestyle Modification. Food Tech 59(8): 22

Clemens RA, Pressman P (2005) Food Craving: Signal of the Heart, Head or Heritage. Food Tech 59(7): 21

Clemens RA, Goldberg S, Davis T (2005) MyPyramid Adds New Dimension to Food Guidance. Food Tech 59(6):18

Clemens RA., Pressman P (2005) Detox Diets: Empty Promises.  Food Tech 59(5):20

Clemens RA., Pressman P (2005) Hyperhydration: Can Too Much Hurt?  Food Tech 59(4):20

Clemens RA., Pressman P (2005) Probiotics and Lessons Learned from Vitamin C. Food Tech 59(1):24

Clemens RA., Pressman P (2004) From Nutrition to Genes.  Food Tech 58(12):20

Clemens RA., Pressman P (2004) Dietary Antioxidants – Risk or Relief? Food Tech 58(11):20

Pressman P, Clemens R (2004) Prostate Disease. Current Diagnosis and Therapy. California Pharmacist 51(4):43-46

Clemens RA., Williams MH (2004) Dietary Supplements and Sports Performance.  Food Tech 58(10):18

Clemens, R (2004) Progress in Probiotics, Nutrition & the MD 30(8):1-3

Clemens, RA., Pressman P (2004) Men's Health – An Opportunity for the Food Industry. Food Tech 58(9):18

Clemens, RA., Pressman P (2004) Glucosamine – risk or remedy.  Food Tech 58(8):24

Clemens, RA., Pressman P (2004) Clinical Value of Glycemic Index Unclear. Food Tech 58(7):18

Clemens, RA., Pressman P (2004) Low-carb Craze Unwarranted. Food Tech 58(6): 24

Clemens, RA (2002) Hide and seek in dietary supplements. Food Tech 56(7):20

Clemens, RA (2002) Electronic records and the food industry. Food Tech 56(4):24

Clemens, RA (2001) Redefining fiber. Food Tech 55(2): BackPage

Clemens, RA (2001) Friendly bacteria – a functional food? Food Tech 55(1): 27

Bidlack, WR, CH Smith, RA Clemens (1984) Nutritional concerns and the elderly. Newsletter - Southern California Institute of Food Technologists Section

Clemens, RA (1977) Selected methods in food analysis. Laboratory Manual for UCLA, School of Public Health, Laboratory Methods Course

**Blog Citations**

Wine and Hangovers: http://wineforthewin.com/2013/11/19/no-hangover-wines-do-they-really-exist/

Detox Diets Are Bogus: http://www.takepart.com/article/2013/12/18/detox-diets-are-bogus

Probiotic Reduces Risk of Infection for Preschoolers: http://www.reuters.com/article/2014/03/21/us-probiotic-infections-idUSBREA2K1SP20140321

Probiotics and Colic: http://www.reuters.com/article/2014/04/08/us-probiotic-colic-idUSBREA371ZK20140408

Eating Natural Foods (Brazil): http://www.bbc.co.uk/portuguese/noticias/2014/05/140526_americano_nutricao_rb.shtml

Red Meat and Health (IFIC, Washington DC)

http://www.foodinsight.org/blogs/latest-study-red-meat-get-expert-perspective (January 2, 2015)

2015 Dietary Guidelines Advisory Committee: Weak Science http://www.nytimes.com/2015/02/21/opinion/when-the-government-tells-you-what-to-eat.html?mwrsm=Email https://www.politicopro.com/go/?wbid=48729

McDonald's revamps grilled chicken to cut ingredients (April 1, 2015) http://finance.yahoo.com/news/mcdonalds-revamps-grilled-chicken-cut-152858975.html

3 Things You Need to Know about the Latest Sugar-Sweetened Beverage Claims (IFIC, Washington DC) http://www.foodinsight.org/sugar-beverages-soda-death-study-evaluation (July 1, 2015)

Why the strongest science must prevail in nutrition policy-making?

http://thehill.com/blogs/congress-blog/healthcare/247555-why-the-strongest-science-must-prevail-in-nutrition (July 11, 2015)

Commentary: Speaking Up for Health Policies that Matter

http://www.publicceo.com/2015/07/commentary-speaking-up-for-health-policies-that-matter/ (July 14, 2015)

US News & World Report: Are Sugar Alcohols the Culprit of Your Digestive Woes?

http://health.usnews.com/health-news/health-wellness/articles/2015/12/03/are-sugar-alcohols-the-culprit-of-your-digestive-woes (December 3, 2015)

Today's Dietitian – Treasures of Frozen Produce

http://viewer.zmags.com/publication/114c6262#/114c6262/32 (November 2015)

Algae Oil the Latest Monounsaturated Fat to Hit the Market (Eyewitness News, Los Angeles)

> http://abc7.com/food/experts-look-to-algae-oil-as-next-good-healthy-fat/1168621/ (January 26, 2016)

Processing Boosts Some Foods Nutritional Benefits

> http://www.pressreleasepoint.com/processing-boosts-some-foods-nutritional-benefits (July 19, 2016)

Clean Labeling

> https://www.fooddive.com/news/clean-label-movement-faces-consumer-confusion-and-regulatory-hurdles/545799 (January 2019)

## PATENT

#5,106,836 (April 21, 1992) **Enteral Diet**

A composition comprising arginine-enriched whey protein can be used in the formulation of a variety of simulated food products to provide a substantially fat-free, calorie-controlled diet that delivers high levels of protein having a hypocholesterolemic amino acid profile.

## HONORS

- CSUN Health and Human Development Heroes Award Nominee, 2024
- USC School of Pharmacy, Outstanding Participation in Experimental Education, 2019-2020
- Academy of Nutrition and Dietetics, Honorary Membership Award, 2018
- Trailblazer Award (sponsored by the Institute of Food Technologists and the Academy of Nutrition and Dietetics), 2018
- American Society for Nutrition (Fellow), 2017
- Distinguished Alumni (UCLA), 2015
- Outstanding Service Award, California State University, Northridge, 2014
- International Academy of Food Science and Technology Fellow, 2012; President, 2018-2020
- USDA – 2010 Dietary Guidelines Advisory Committee, 2008-2010
- Institute of Food Technologist (Volunteer of the Year; Nutrition Division), 2005
- Institute of Food Technologists (Fellow), 2003
- Listed in the International Directory of Distinguished Leadership, 2001
- Elected to Who's Who in Medicine & Healthcare, 2000
- Distinguished Service Award, Southern California IFT Section, 1999
- Elected to Who's Who International, 1999
- Elected to Who's Who of Professionals, 1998
- Elected to Who's Who in Science and Health, 1997
- Phi Tau Sigma (Honor Society for Food Scientists), 1997
- American Red Cross, 30-year Volunteer Service Award, 1996
- Elected to Who's Who in Business Leaders, 1996
- Marilyn Magaram Center for Food Science, Nutrition and Dietetics (Fellow), 1993
- Elected to Who's Who in Science and Engineering, 1991
- Nutrition Delegate, Citizen Ambassador Program, Soviet Union, 1990
- University Service Award, California State University, Long Beach, 1990
- Sigma Xi (UCLA Chapter), 1987
- Meritorious Service Award, California Dietetic Association, 1987
- Delta Omega (UCLA Chapter), National Honorary Public Health Society, 1986
- American Red Cross Spotlight Award, Los Angeles Chapter, 1985
- Elected to Who's Who in California, 1984
- American College of Nutrition (now known as American Nutrition Association) (Fellow), 1980
- Finalist, American Institute of Nutrition Graduate Research Award, 1978

- Special Teaching Commendation, UCLA, 1976
- Nominated for Faculty Prize for Distinguished Teaching Assistants, 1975

## PROFESSIONAL AFFILIATIONS

American College of Toxicology (2014-2020)

American Dietetic Association (aka Academy of Nutrition and Dietetics), Commission on Dietetic Registration (2009-10), Finance Committee (2009-2010), Examination Panel (2010-2011)

American Society for Nutrition (ASN; formerly ASNS & ASCN), Member; Bio-Serv Awards Jury Member; Centrum Award Jury Member; Mead Johnson Award Jury Member; Spokesperson & Public Information Committee member (2007-2010) and chair (2009-2010); Quick Response Team (2008-2010); Public Policy Committee (2010-2012); Finance & Audit Committee (2010-2013); Medical Nutrition Council (2011-2013); Membership Committee (2013-2019); Clinical Conference Subcommittee (2014-2015); Transition Committee (2014-2018); Science Policy Fellowship Academic Mentor (2019)

American Society for Quality (ASQ)
Instructor (Quality Inspector; Quality Process Analyst); Food, Drug, and Cosmetic Division Chair (2024-2025); eLearning Committee (2024-2025)

California Nutrition Council: Program Chairman (1987-1988), President (1988-1989)

Dairy Council of California: Media contact (2000-2002; 2006-2008)

Greater Los Angeles Nutrition Council: Board Member (1982-1987), Program Chairman (1984-1985), President (1985-1986)

Infant Formula Council: Committee on Nutritional Sciences and Committee on Medical Affairs (1991-1999)

Institute of Food Technologists: Professional/Premier Member (1979; 1984-2021)
AMSPAP Track Lead (Food, Health & Nutrition) (2018-2019)
Babcock Hart Award Jury (2020)
Committee on Higher Education (1999-2000)
Committee on Information Systems (2004-2005)
Committee on Nominations and Elections (2000-2003); Chair-designate (2001-2002); Chair (2002-2003); Immediate-past chair (2003-04)
Fermented Foods and Beverages Division: By-laws Committee Chair (2004-05); Technical Program Committee Representative (2004-09)
Food Science Communicator (2002-2008)
Food Science Communicators Committee, Chair-designate (2005-06)
Food Technology Presents Conference Advisory Group (2008 & 2009)
Functional Foods Expert Panel: Member (2002-2004)
IFT Advisory Panel: Public Policy & Regulatory Outreach (2008-2009)
IFT Award Juries: Prescott Award (2003-06); Fellers Award, Chair (2005-06); Nicholas Appert Award, Chair (2011), Fellow (2014), Trailblazer Award, Chair (2014), Member (2015); Gil Leveille Lectureship Award (2015-16), Jury Chair (2017-18)
IFT Distinguished Lecturer (2005-2008)
IFT Nutrition Division, Executive Committee (1994-2000), Division Chair-elect (1997-1998), Division Chair (1998-1999)
IFT Leadership: Board of Directors [aka Executive Committee] (2006-09; 2010-2013), President-elect (2010-2011), President (2011-2012), Immediate Past-President (2012-2013)
IFT Phi Tau Sigma, Western Area Councilor (2000-2003); President-elect (2004-2005); President (2005-06)
IFT Spokesperson on Food and [Public] Health (2006-2009); Media contact (2009-2021)
IFT Student Awards Committee Member and Judge (1988-1989)
IFT Student Competition Judge (1996-1998)

18

IFT Subcommittee to Propose Nominees for the IFT Committee on Nominations and Elections (2002-03)

IFT Task Forces: Leadership Development Task Force (2003-2004); Working Group - Nutrition-Food Science (2005-07); Membership Experiences (2008-2009); Annual Meeting Scientific Program (2005-07), Strategic Development (2005-07), Functional Foods (2000-2001), Professional Membership II Criteria (2000-2001); Wellness Advisory Task Force (2007-2011); Health and Wellness (2012-2013); Food, Health & Wellness Implementation (2014)

IFT Toxicology and Safety Evaluation Division, Executive Committee (1994-1997; 1999-2002); Division Chair-elect (1999-2000), Division Chair (2000-2001); Oser Award Jury Chair (Food Safety; 2000-2001); Student Competition Judge (1996-1998)

IFT Webcast: Probiotics (Moderator & Speaker, 2006); Sodium and Hypertension (Moderator, 2007); Dietary Lipids and Heart Health (Moderator, 2007); Quest to Define and Develop Gluten Free (Moderator, 2007); Product Traceability (Moderator, 2007)

IFT JFS: Reviewer (2005-2020), Associate Editor (2008-2020)

IFT-ASNS Liaison Committee, Co-chair (1994-1995)

IFTSA Student Competition Jury Chair (1999, 2001); National College Bowl Judge (2004-2011; 2015-19); Regional College Bowl Judge (2014, 2015, 2017-2019)

IUFoST, Chair, Technical Poster Sessions; Co-Chair, Technical Program (2003); Technical Program Committee (2008); Scientific Council (2022-2026); International Scientific Advisory Committee of the 22nd World Congress of Food Science and Technology (2024)

Southern California Food Industry Conference (Co-Founder, Organizing Committee / Co-Chair (1987-1989; 2000-2005)

Southern California IFT: Scholarship Committee and Chairman (1983-1986; 1991-1994) SCIFTS (Chair, Long Range Planning Committee, 2000-2002, 2004-2007, 2012-2013; Section Chair-elect, 2001-02; Section Chair, 2002-03; Alternate Councilor, 1998-2001, 2004-2007)

Western Food Industry Conference (1988-1989)

Western Region College Bowl Judge (1999, 2001, 2006, 2007)

International Food Information Council (IFIC): Functional Foods Committee; Media contact (2005-2010)

International Life Sciences Institute
Governance Committee for the US/Canada (2022-2025; Chair – 2024-2025); Nominations Committee Chair (2024-2025)

International Society for Research in Human Milk and Lactation, Member (1986-1999)

National Aeronautical Space Administration (NASA)
External Research Application Reviewer (2013, 2017)

National Center for Complementary and Alternative Medicine
Working Group: Product Quality

National Health and Medical Research Council of Australia
External Assessor (Grant application reviewer (2007-2011)

Nutrition Education International
Board Member (2021-2024)

Society of Toxicology (2013-2020)

United States Department of Agriculture (USDA)
2010 Dietary Guidelines Advisory Committee (2008-2010)

US Pharmacopeia
Expert Committees: Non-botanical Dietary Supplements (2005-2010; 2020-2022); Information [Gastroenterology] (2005-2010), Food Ingredients (2005-2010; 2010-2015; 2015-2020; Vice-Chair 2018-2019); Programming Committee (2010-2015)

Western Association of Food and Drug Officials (WAFDO)
Emerging Implications, Regulations, and Challenges with Chloropropanols; Assessing Issues Associated with Edible Cannabis (2018)

19

## CONFERENCE PRESENTATIONS / LEADERSHIP

Academy of Nutrition and Dietetics (formerly American Dietetic Association)
- 2010    Translation and Integration of 2010 USDA DGAC Recommendations; 2010 Dietary Guidelines Advisory Report - Media Snapshots
- 2012    Why Food Additives?
          Introduction to Nutrition and Immunology
- 2015    Nutrition Research Behind Recommended Eating Patterns
- 2016    What's In Our Food? The Science and Safety of Food Additives (4 regional affiliate meetings: Illinois, New Jersey, Florida, Indiana)

Addis Ababa University, Ethiopia
- 2017    Visiting Scholar:  Developed and Delivered a Short Course on U.S. Food Laws and Regulations (Sponsored by USAID)

Alimentando al Futuro – Quito, Ecuador
- 2015    Future of Food (emphasis on regulations and technology affecting the food supply in Ecuador)

American Association of Cereal Chemists International (Cereals & Grains Association)
- 2020    Does a plant-based diet mean improved health for the climate, agriculture, and the population? - Dynamics of Plant-based Dietary Patterns; Phytoviral Spillover: Implications for Plant-Based Nutrition

American Association of Veterinary Nutrition – Anaheim, CA
- 2010    Nutrition and Health Intersection—Companion Animals and Humans

American Chemical Society
- 2018    MCPD & Glycidyl Fatty Acid Esters symposium: MCPD and Public Health Implications

American College of Nutrition
- 2002    Probiotics: Implications for the Health Professional; Clinical Applications of Probiotics; Protein Digestibility Assessment – A New Approach
- 2005    Guidelines for Improving Public Understanding of Emerging Science: A Case Study of Dietary Components for Health

American College of Toxicology
- 2012    Food Safety at the Crosshairs of Legislators
- 2013    Health and Policy Implications to Caffeine Exposure
- 2017    Emerging Contaminants in Foods

American Italian Food Coalition
- 2023    Positive Nutrition: Shifting the Focus of Nutrients to Diet for a Healthy Lifestyle (Washington DC)

American Nutrition and Health Association (ANAHA)
- 2016    Nutrition and Regulatory Science

American Oil Chemists Society (AOCS)
- 2014    Do All Saturates Belong in the Same Policy Bucket?

American Society for Nutrition (ASN)
- 2013    Advances & Controversies in Clinical Nutrition: Organic – Policies, Perceptions, and Performance (Washington, DC)
- 2014    Advances & Controversies in Clinical Nutrition: Bioavailability of Nutrients: Food vs. Dietary Supplements (Washington, DC)
- 2019    Challenges of Cannabis in the Food Supply; Reshaping Safety for Efficacious Dietary Supplements: DESHEA 2.0 is Not Enough (Baltimore, MD)

American Society for Quality (ASQ)
- 2011    Safety Assurance and Traceability of Materials through the Supply Chain (Riverside, CA)
- 2014    Risk Assessment: Under the Consumers' and Regulatory Microscope; Effective Compliance in Food Manufacturing: A Global Mandate; Food Safety: The Priority Pinnacle
- 2015    Traceability: What are the Implications? (FDA, Irvine, CA)

           Risk Assessment: Under the Consumers' and Regulatory Microscope (Joint Technical
           Communities Conference, Orlando, FL)

2018    Challenges and Consequences of Edible Marijuana (Rancho Cucamonga, CA)
           Quality Standards – Marijuana & Cannabinoids (Pomona, CA)

2021    Hemp and CBD: The Dynamic of Safety, Health, and Regulations.  Scientific Landscape of
           Hemp and CBD (Speaker, online)

2022    Cannabis Conundrum (Speaker, online)

**Bioeconomía Argentina – Buenos Aires, Argentina**

2014    The Food System of the Future (Keynote speaker)

**Bonneville Section, Institute of Food Technologists, Salt Lake City, UT**

2019    Understanding Foundational Principles Associated with CBD in Confections

**Boston Seafood Show – Boston, MA**

2013    Seafood & 2010 Dietary Guidelines

**Brazilian Society of Food Science and Technology - São Paulo, Brazil**

2011    Complexities of Sodium Reduction; Childhood Globesity and the Media

**Brigham Young University – Provo, UT**

2010    Food Think; Weighing the Evidence + KBYU Radio (GMO; Natural)

2019    NOVA & SIGA: Clearing Up the Confusion & Controversy About Processed Food & Health +
           KBYU Radio (Foodborne Illness, Food Fortification; Ultra-Processed Foods)

**C3 Collaborating for Health – London. UK**

2012    Nutrition's Contribution to Performance in Sport - Realities & Myths

**California Academy of Nutrition and Dietetics (formerly California Dietetic Association; Sacramento, CA)**

1985    Progress in Cooperative Research Opportunities

1990    Interpretation of Dietary Protein Guidelines

1990    Nutritional and Hormonal Influences on Protein Metabolism

2001    Functional Foods & Biotechnology

2010    2010 Dietary Guidelines: Implications in Public Policy and Personal Practice (Oakland);
           A Peak at the 2010 Dietary Guidelines Process (Los Angeles)

2011    The Road to the 2010 Dietary Guidelines – Looking Ahead to 2015 (Pasadena)

2016    Understanding the Controversies and Implications of the 2015 DGAC Report (Riverside)
           Protecting Scientific and Professional Integrity (Los Angeles)

2017    Insects at the Interface of Nutrition and Medicine (Sacramento)

**California Almond Board – Modesto, CA**

2009    Food Safety on the Hill

2010    Emerging Food Technology – China and USA

**California Extension of Home Economists – Sacramento, CA**

1989    Marketing Foods in the 21st Century

**California State Polytechnic University – Pomona, CA**

2000    Biotechnology: Educating the Educators (conference co-chair); New Developments in Infant
           Formula; Biotechnology Applications in Agriculture and Medicine

2009    Human Intestinal Microbiome: Etiology of Inflammation Genomics

2013    Career Paths in the Food Science, Nutrition and Health Continuum

2018    Chloropropanols: Public Health Implications

**California State University, Fresno – Fresno, CA**

2006    Food, Medicine & Health (IFT Distinguished Lecture)

2010    Food Think; Weighing the Evidence

**California State University, Long Beach – Long Beach, CA**

1986    Careers Interview Panel (Food Science and Nutrition)

**California State University, Los Angeles**

2000    Probiotics: State of Evidence

2012    Role of Food Science and Nutrition in Determining Health Policy

**California State University, Northridge – Northridge, CA**

21

| 1993 | Grandma's Chicken Soup |
|---|---|
| 1994 | Here's to Your Health: Promising Fruit and Vegetables |
| 1995 | A Product's Birth: Concept to Consumer |
| 2004 | Functional Foods: Impact on Managing Type 2 Diabetes |
| 2005 | Prostate Cancer & Dietary Intervention |
| | Judge, Third Annual Nutrition College Bowl |
| 2010 | Beware of Fear Mongers |
| 2013 | Toxicology from 35,000 feet |
| 2015 | Food Safety Modernization Act 2011-Local and International Implications; Introduction to Food Regulations Landscape (Directed to visiting Chinese FDA representatives) |
| 2017 | Career Opportunities at the Intersection of Food Science & Nutrition |

California Walnut Commission
| 2009 | Role of Walnuts in the Functional Foods Maze (San Diego, CA) |
|---|---|
| 2010 | Weighing the Evidence (Tahoe, NV) |

Canadian Nutrition Society – Edmonton, Canada
| 2010 | Dietary Fiber – Implications in Child Health |
|---|---|
| 2011 | Peeking under the 2010 Dietary Guidelines Tent – International Implications in Food and Health |

Canadian Pharmacists Association
| 2011 | Fibre and Digestive Health – Implications to Pharmacy Practice |
|---|---|

Chapman University – Orange, CA
| 1986 | Food Law: Window or Wall |
|---|---|
| 1998 | New Nutrition Requirements for an Older Population |

Children's Hospital of San Diego – San Diego, CA
| 2001 | Health by Modifying our Microbial Environment |
|---|---|

Chinese Institute of Food Science and Technology
| 2023 | International Forum on Food Safety and Health: Trends of Health Food (Functional Foods, Nutraceuticals) in America (Speaker, Beijing) |
|---|---|

Conference of Food Engineering – Indianapolis, IN
| 2014 | Engineering Food for Health (Speaker) |
|---|---|

Congreso Internacional en Nutrición y Technología de Los Alimentos (First International Congress) (Mendoza, Argentina)
| 1996 | Role of Nutrition in Pediatric Disease |
|---|---|
| 2009 | Combating the Complexities and Politics of World Hunger (Keynote speaker); Public Health: Intersection of Foodborne Disease and Clinical Pathogens; Regulatory Politics of Biotechnology: Diplomacy or Defense; Consumer Health: How Food Science and Nutrition can meet the Needs of the Consumer |

Congreso Latino Americano y del Caribe de Ciencia y Technología de Alimentos (Buenos Aires, Argentina)
| 2019 | Understanding Foundational Safety and Principles Associated with CBD in the Food Supply; Alternative Dietary Protein Sources: Exciting or Empty Health Claims; NOVA: Food Processing for Real or Perceived Public Health? |
|---|---|

Congreso Nacional de Ciencia y Technología de Los Alimentos – São Paulo, Brazil
| 2012 | Role of Food Science in the USDA 2010 Dietary Guidelines; Strategies to Combat Overweight and Obesity; Challenges of Global Food Security and Agricultural Practices |
|---|---|

Cornell University – Ithaca, NY
| 2007 | Emerging Regulatory Issue and Health Benefits of Functional Foods (IFT Fellow Lecturer) |
|---|---|
| 2011 | Regulation of Functional Foods and Nutraceuticals – Role of the Food Scientist |

Culinary Institute of America – Greystone, CA
| 2012 | Approaches to sodium reduction and replacement |
|---|---|
| 2017 | Worlds of Healthy Flavors – Clean Labels and Transparency; Healthy Menus R&D Collaborative – Defining Clean, A Food Science Consideration |

2018     Understanding Plant-based Dietary Patterns; Understanding Dietary Proteins
Danish Agriculture and Food Council
2012     International Implications of Dietary Guidelines for Americans

Dairy Forum
    2017    Saturated Fats – Friend or Foe?
Ewha Woman's University – Seoul, South Korea
    2014    Added Sugars and Health: What Does the Current Science Say?
European Congress on Beta 1,3/1,6 Glucopolysaccharides (France)
    2008    "Immunization" with Functional Foods: Food Industry Opportunities and Challenges
ExecuSummit – Uncasville, CT
    2016    Keynote Speaker: WHO Report on Red/Processed Meat Carcinogenicity: Examination of the Totality of Evidence
Experimental Biology (FASEB)
    1995    IFT Liaison Committee: Emerging Issues in Pediatric HIV/AIDS (Co-chair)
    2008    Nutrient Profiling (Co-chair)
    2011    Is Processed Food a Four-Letter Word? (Speaker) - You Are What You Eat – Processed Foods and the Dietary Guidelines; Research Gaps in the Dietary Guidelines (Speaker)
    2014    Deconstructing the Science to Better Understand Outcomes (Speaker); Juice: Putting it All Together – A Practical Perspective (Speaker); Sugar and Health Controversies: What does the Science Say? (Speaker)
Florida Academy of Nutrition and Dietetics (formerly Florida Dietetic Association)
    2010    Weighing the Evidence (USDA Dietary Guidelines 2010) – Keynote speaker (Orlando)
    2016    Understanding the Controversies and Implications of the 2015 DGAC Report (Tampa)
Food 3000 (International Venues)
    2008    Speaker: Food Science: In the Crosshairs of Health (Budapest, Hungary)
    2009    Keynote speaker: Determining Evidence-based Policy (Provence, France)
    2010    Keynote speaker: USDA Dietary Guidelines, Weighing the Evidence; New Era in Food Safety (Florence, Italy)
    2011    Speaker: 2010 Dietary Guidelines Sodium Snapshot for Food Scientists (Dublin, Ireland)
    2012    Speaker: Scientific Integrity and the Dietary Guidelines (Prague, Czech Republic)
    2013    Speaker: Why do we build houses on fault lines – It's all about food availability and food choices (Vancouver, Canada)
    2014    Rapporteur: A Day without Orange Juice is like a Day without … Processing? (Amsterdam, Netherlands)
    2015    Panelist: Policy – Science or Emotion (Madrid, Spain)
    2016    Panelist: Dietary Guidelines – 35 Years of Morphing Scientific Process (Lima, Peru)
Food and Dietary Supplement Hot Topics Forum – Newport Beach, CA
    2015    Traceability and Supply Chain
Food and Drug Administration (FDA)
    2000    Food Advisory Committee: Probiotics – Invited Speaker; Probiotics and Infant / Child Nutrition; Probiotics in the Dietary Supplement Market, Washington DC
    2002    Food Advisory Committee: Clinical Studies with Infant Formula – Invited scientific representative for the International Formula Council, Washington DC
    2006    Riding to Sunrise (Centennial Keynote Speaker), Irvine CA
Food for Your Whole Life Symposium – New York City, NY
    2010    2010 Dietary Guidelines - Weighing the Evidence for Health
Food Summit
    2006    Xiamen, PRC; Invited speaker and session co-chair – Functional Foods for the 21st Century
    2011    Shanghai, PRC; Invited speaker - Implications of the New U.S. Food Safety Legislation; 2010 US Dietary Guidelines Consideration and Consumption on Nuts and Seeds;
            IFT Undergraduate Program Approval: Advancing Food Science Programs Worldwide
Global Oils and Fats Forum, Malaysian Embassy, Washington DC
    2017    Assessment of the Challenges Posed by 3-MCPD/GE in Oils and Fats
Grocery Manufacturers Association – Washington DC
    2012    What's the skinny on fats?

International Conference on Food Science and Nutrition, London, UK

2023    1) No Smell, No Taste—Dealing with a Senseless Phase of the Pandemic (Keynote Speaker)
2) COVID-19 during Pregnancy and Postpartum: Pathophysiology of SARS-CoV-2 at Maternal-Fetal Interface (Plenary Speaker)

Institute of Shortening and Edible Oils

2018    Potpourri of Issues at the Intersection of Foods and Health

Institute of Food Technologists, Annual Meeting

1985    Nutrition and the Elderly (Co-chair)
1987    Graduate Student Competition (Moderator)
1989    Graduate Student Competition (Chair, Food Chemistry and Biochemistry)
1993    Evaluation of Novel Ingredients in Infant Formula (Co-chair)
1995    Graduate Student Competition (Moderator)
1997    Dietary and Environmental Estrogens (Speaker)
1998    The Role of Dairy Foods in Reducing the Risk of Colon Cancer (Moderator)
2000    Safe Upper Limits of OTC Botanicals (Moderator; Speaker); Bone Health Moderator)
2001    Probiotics in Health (Speaker); Dietary Phytoestrogens: Friend or Foe? (Organizer / Moderator); Dietary Histamine (Moderator)
2001    The Prion Diseases: Human Health and Food Safety (Moderator)
2002    Safety Studies on Biotech Derived Foods / Crops (Moderator)
2003    Developments in PCB Analysis (Speaker); New Methods in Phytosterol Analysis (Speaker); Effective Communications in Science (Moderator); The Confusing World of Weight Loss (Invited Speaker)
2004    Many Faces of Fermented Foods (Session Co-organizer / Co-chair); Functional Foods Symposium (Moderator & Speaker); Obesity, Diet & Functional Foods (Invited Speaker)
2005    Food Allergens (Thematic Chair); General Recognized as Efficacious (Speaker); Clinical Relevance of Whole Foods vs Food Ingredients (Speaker); Webcast Speaker (Probiotics)
2006    Webcast speaker/moderator – Sodium Debate; Quest to define and develop gluten free; Regulatory and safety issues with functional foods; Dynamics of functional foods and pharmacy; Future prospects in health claims; Chinese Global Health Conference – East Meets West
2008    Moderator/Speaker: Probiotics, Prebiotics & Synbiotics; Regulatory, Safety and Labeling Issues; Moderator: Safety of Imported Foods and Ingredients; Speaker: Consumer Research: A Food Scientist's Perspective on the Applications of Consumer Research
2009    Speaker: Regulatory Maze of GOS, Institute of Food Technologists, Wellness Conference; Shaking out the Science (speaker); Carotenoids and Health (moderator); Can the Combination of Food Science and Nutrition Accomplish the Impossible? Socratic Discussion (panelist); Clinically Supported Emerging Technologies in Immune Health (speaker); Vitamin D and Health (moderator); Carotenoids and Health (moderator); Role of Food Science in Providing a Safe and Healthful Food Supply (Speaker)
2010    Speaker: Applying the Evidence through Food Science and Technology; Quality Standards and Global Compendia
2011    Speaker: The Case for Food and Nutrition Science in the 21st Century; Compendia of Quality Standards for Food Ingredients: An International Resource
2012    Speaker: Traceability of the Supply Chain: Opaque, Translucent, or Transparent?
2013    Historical Perspective and Context with US Diet and Health Issues (Speaker); Seafood & 2010 Dietary Guidelines (Speaker)
2014    GRAS-Another Generation for Safety Assessment (Co-chair, Speaker); Sweetener Science and the Policy Impact on Dietary Practices (Speaker); Innovations in Health and Wellness (Speaker); Generations Working Together (panelist)
2015    The Importance of the Food Supply Chain in Preventing Contaminants (Speaker); Dynamics of DGAC Recommendations: Conflict vs Credibility (Speaker); The Role of Scientific Research

in Food and Nutrition Policy (Speaker); Ocean Dining from the Sustainable Aquarium (Moderator); Soy in the Plant-based Diet and Health Continuum (Speaker)

2016    Infant Formula Innovations for Improved Infant Health (Speaker); Intersections of Food, Nutrition, and Health (Speaker); Health Benefits of Whole Foods and Molecular Targets of Bioactive Components (Moderator); Build Your Own Career Pathway (Speaker); Clean Label Product Innovation (Speaker); Food Science for the Non-Food Scientist (Speaker)

2017    Food Science for the Non-Food Scientist (Regulatory Landscape; Food Processing Overview) Speaker; Health Benefits of Bioactive Compounds in Foods, Regulatory Challenges and Hurdles for Bioactive Compounds (Speaker)

2018    Food Science for the Non-Food Scientist (Regulatory Landscape; Food Processing Overview); Setting the Stage: Interaction of Food, Nutrition, Sensory and Taste Science (Speaker); Humanization of Pet Foods: The Intersection of Consumer Demands and Regulatory Requirements (Speaker)

2019    Food Science for the Non-Food Scientist (Regulatory Landscape; Food Processing Overview); 2020-2015 Dietary Guidelines for Americans: Opportunities for Customization (Moderator); Alternative Proteins for Optimal Human Health: Science, Development, Sensory and Regulations (Speaker); NOVA: Clearing Up the Confusion About Processed Food and Health (Moderator); Hazard Assessment and Standard Development for Colors from Natural Sources (Speaker); CRISPR: Practical Applications and Health Implications (Moderator); New Cannabis Frontiers in Public Health, Medical Science, and Food Safety (Speaker)

2020    Nutrient profiling from practical application to evidence for adequacy for a purpose (Speaker); Processed foods in the midst of an anti-processed foods world (Moderator)

2021    The Pandemic: Processed Food, Nutrition, and Immunity (Panel Speaker)

Institute of Food Technologists (Binsted Lecture) – London, UK

2012    Nutrition's Contribution to Performance in Sport - Realities & Myths

International Conference on the Modernization of Chinese Medicine – Hong Kong

2002    Academic Entrepreneurship

International Congress of Meat Science & Technology – Krakow, Poland

2021    The Scientific, Medical and Regulatory Landscape of Meat Alternatives

International Symposium on Food and Health for Long COVID – Taipei, Taiwan

2023    Understanding the Scientific and Medical Dynamics of Long-COVID

International Dairy Foods Association

2001    Latest Developments in Functional Foods

2014    Clarifying Consumer Confusion: Debunking Popular Health Myths

2018    Dairy Fats and the Dietary Guidelines

International Life Sciences Institute (North America)

1989    Nutrition and the Aged Workshop (Organizer & Co-chair)

2019    State of Science and Knowledge Gaps with Hemp-derived CBD

International Magnesium Symposium, Magnesium in Health and Disease, Bethesda, MD

2019    Magnesium – A Nutrient of Concern: Impact of Agricultural Practices and Food Processing

International Science Council (IUFoST& IUNS)

2021    The Power of Food Science and Technology and Nutrition for Sustainable Planet Health: Food Processing Saves Lives (Speaker w/ Dr. Susana Socolovsky, Argentina)

International Society for the Study of Fatty Acids and Lipids – Brighton, UK

2004    PCBs and Heavy Metals in Omega-3 Oil Derived from Fish Oil: Levels and Methods of Measurement, Speaker; Oil Quality Issues in the Manufacturing and Public Consumption of Omega-3 Oils; Session Co-Chair

International Union of Food Science and Technology (IUFoST)

2003    Status of Water and Agriculture (Chicago, Illinois)

2012    Understanding Functional Foods Continuum
         Standards and Innovation – the Case of Nutraceuticals
         Leaders of Today and Tomorrow (Buenos Aires, Argentina)

2016    Global Health and Nutrition Challenges and Policies
        Insects at the Interface of Nutrition and Medicine (Dublin, Ireland)
2022    Post-Acute Sequelae COVID-19 (PASC) Management (Co-chair, speaker) (Singapore)
2024    Precision Nutrition and Food Science Strategies to Combat Persistent Metabolic Challenges
        Associated with Long-COVID (Round Table Discussion, Scientific Council; Organizer and
        Speaker); Palm Oil – Palmitic Acid and Cancer (Speaker); Palm Oil Waste Management
        (Speaker) (Rimini, Italy)
Iowa State University (Ames, IA)
1994    Breasts, Bottles, and Babies
Iowa Dietetic Association (Des Moines, IA)
2007    Immunity and Functional Ingredients
Korean Nutrition Society (Jeju-si, South Korea)
2014    Deficiencies & Toxicities: Dietary Impact on Polyneuropathies
Leatherhead (London, UK)
2012    Implications of Polyphenols in Health
        Nutrition's Contribution to Performance in Sport - Realities & Myths (Beacon Lecture)
Loma Linda University
2011    The Dietary Guidelines: 2010 Process; Current Food Safety Issues
2017    Functional Foods: What is the Reality?
Los Angeles Dietetics
2010    A behind-the-scenes peek at the 2010 Dietary Guidelines
2011    2010 Dietary Guidelines: The People, The Process, The Proof, The Prospects
2012    Health and Policy Implications of Polyphenols
Los Robles Regional Medical Center – Thousand Oaks, CA
2003    Clinical Implications of Probiotics
Louisiana State University – Baton Rouge, LA
2010    Politics of Biotechnology; Food Science-Nutrition Interface
2013    Food Processing: Implications for Food and Health
Loyola Marymount University – Los Angeles, CA
2014    Food Controversies: Organic, GMO, Pesticides, Vitamin/Mineral Supplements
Marymount High School – Health for Life Conference – Westwood, CA
2010    Feeding the Brain for Mental Health (part of AKIN project)
Maywood Education Fair, Maywood, CA
2017    Community Nutrition Education Workshop
Michigan State University, College of Law – East Lansing, MI
2011    Economic adulteration; Food additives
        Novel foods approvals; Gaining new ingredient approval in the US
        How to obtain a health message/claim in the US
Michigan State University – East Lansing, MI
2018    Insects at the Interface of Nutrition and Medicine
Mushroom Summit – Washington DC
2012    Mushrooms and the Dietary Guidelines: Where do they fit?
National Academies, Food Forum – Washington DC
2019    CBD and Health
National Institutes of Medicine – Bethesda, MD
2019    Magnesium: Impact of Food Processing on the Bioavailability of the Shortfall Nutrient
National Press Club – Washington, DC
2010    Dietary Sodium – A National Dialogue (sponsored by ASN)
National Restaurant Association – Washington DC
2010    Dietary Guidelines – Conflict or Reinforcement
2011    Dietary Guidelines and Restaurants in the USA

Nestlé Nutrition Workshop – Milk and Milk Products in Human Nutrition: Marrakech, Morocco
(co-chair/invited speaker)

2010     Milk Proteins A1 & A2 and Diabetes

North Carolina State University – Raleigh, NC
    2004    Bioactive Cuisine: Gut Speak; Nutrition & Athletic Performance
    2012    Career Paths in the Food Science, Nutrition, and Health Continuum
North Dakota State University – Fargo, ND
    1993    Lecture Series: Nutritional Toxicology; Phytochemicals and Health; Health Claims and
            Industry; The Developing Gut and Nutrition
    1994    Lecture Series: Sensory Evaluation in Industry; Career Opportunities in Food Science &
            Nutrition Services; Communications Media in Health Promotion; Pediatric HIV/AIDS
NUCE International – Milan, Italy
    2010    Nutraceutical and Food Supplement Market in the US
Nutracon
    1998    Conference and Exhibition on Nutraceuticals, Dietary Supplements, Functional, and Medical
            Foods
    2013    New Ingredients for Immune Health: Vitamin C and Echinacea are so 20th Century
Oklahoma State University – Oklahoma City, OK
    2012    Critical Importance of Food Science Research
Orange County Regulatory Affairs Group – Irvine, CA
    2008    Global Food Safety
Pacific Northwest IFT Regional Food Industry Conference – Portland, OR
    2008    Politics and Ethics of the Food Supply
    2009    Consumer Health: How Food Science and Nutrition Can Meet the Needs of the Consumer
Palm International Nutra-Cosmeceutical (PINC) Conference – Kuala Lumpur, Malaysia
    2015    Do All Saturates Belong in the Same Health and Policy Bucket?
    2017    Saturated Fat and Coronary Heart Disease
            Regulatory Challenges and Hurdles for Bioactive Compounds
            MCPD – Public Health Implications
    2023    Will Palm Oil be Replaceable by Synthetic Palmitic Acid?
            Clearing Up the Confusion: Palmitic Acid and Cancer Risk
Palm Oil Trade Fair and Seminar – Singapore (virtual conference)
    2021    Dietary Fats and Current Guidelines: Evaluating the Quality of Evidence
            Trend to Plant-based Diets and the Contributions of Palm Oil to Biofortification
Pepperdine University – Malibu, CA
    2014    How Sweet is the Evidence in Policy?
Pet Food Forum
    2011    Going from Testimonials to Real Evidence-based Science for Companion Animal Health
    2015    Future Canine Health
Purdue University – W. Lafayette, IN
    1986    Executive in the Classroom: R&D Requirements in Industry
    1988    Executive in the Classroom: Practical Academic Preparation for Careers Industry
    2006    Food, Medicine & Health (Indianapolis, IFT Distinguished Lecturer)
    2011    Transforming the 2010 Dietary Guidelines from a Food Scientist's Perspective
Regulatory Affairs Professional Society – Irvine, CA
    2000    Regulation of Dietary Supplements and Supplemental Foods; The Impact of Biotechnology
    2001    Biotechnology in Agriculture and Medicine
Rotary Club – Arcadia, CA
    2009    Politics of Hunger
Simi Valley Hospital & Health Care Services – Simi Valley, CA
    2002    Clinical Implications and Applications of Probiotics
    2003    Implications of Dietary Supplements in Athletic Performance
    2004    Prostate Cancer and Dietary Interventions

30

Society of Toxicology (SOT)
    2015    Infant Formula Innovations for Improved Infant Health
              Suds & Science (public forum/dialogue)
    2022    The Absence of Genotoxicity of a Mixture of Aloin A and B and a Commercial Aloe Gel
              Beverage
South Dakota State University – Brookings, SD
    1998, 1999 Ethel Austin Martin Research Award Reviewer
              International Infant Feeding Practices and Controversies
              Functional Foods: Technical Challenges and Marketing Opportunities
    2005    Bioterrorism: Thwarting the Threat
              Functional Foods: Implications in Obesity and Type 2 Diabetes Management
    2006    Opportunities in Food Chemistry
              Revealing and Diagnosing Food Allergies and Intolerances
              Gut Speak – Cross-Talking Microbes
Southern California Food Industry Conference – Los Angeles, CA
    1988    Co-founder; Organizing Committee Member: Nutrition Session Co-chair
    1989    Conference Co-chair; Nutrition Session Co-chair
    1990    Organizing Committee Member; Student Competition Co-chair
    1994    Lecture: Natural Toxins: Friend or Foe
    1997    Lecture and Panelist: Nutrition with a Vision
    1998    Lecture and Panelist: Roles of Probiotics and Prebiotics in Infants
    2001    Organizing Committee Member; Technical Session moderator
    2003    Organizing Committee / Co-chair / Session Moderator
    2006    Organizing Committee / Co-chair / Expert Panel Facilitator
    2007    Organizing Committee / Co-chair/ Speaker: Functional Foods; Speaker: Gut Speak: Microbial
              Crosstalk
    2012    Intersection of Food Safety and Food Policy
    2021    Organizing Committee Member
Southern California Institute of Food Technologists Section, Annual Meeting – Los Angeles, CA
    1978    Cooperative Research - Industry and Academia
    1984    Nutrition and the Elderly Market
    2018    Health Consequences of Edible Marijuana
    2021    Industry-Academia Partnership for a Bright Future of Food Systems
Super Zoo – Las Vegas, NV
    2013    Evidence-Based Science: Going from Testimonials to Real Evidence-Based Science for Health
              and Nutrition Claims
    2014    Clinical Protocols: Reaching Beyond AAFCO
    2015    Canine Skin and Coat Care – Evidence or Perception? Misguided Myths in Plant Toxicology;
              Pet Food Math
    2016    Do Dogs Really Need Dietary Fat? Probiotics 101 for Companion Animals
SupplySide West – Las Vegas, NV
    2015    Walking Through a Complex Food Supply Chain Maze
The Ohio State University – Columbus, OH
    2014    Dietary Guidelines: History and Hysteria
    2015    The Intersection of Bacteria, Angiogenesis, and Immunology
              Weapons of Mass Distortion
The Toxicology Forum
    2019    Cannabis – Regulatory Dynamics and Emerging Guidelines (Crystal City, VA)
The University of Melbourne
    2021    Future Food Hallmark Research Initiative: The Scientific, Medical, and Regulatory Landscape
              of Meat Alternatives and Their Impact on Food Allergies and Sustainability
United States Pharmacopeia – Washington, DC

2008    Intentional Impurities in the Food Supply
University of California, Davis – Davis, CA
    1997    Synbiotics - Opportunities for Research, Health, and Business
    2009    Regulatory Politics of Biotechnology: Diplomacy or Defense
    2011    Peeking Under the 'Dietary Guidelines' Tent (Kosuna Fellowship Sponsored Lecture)
University of California, Los Angeles – Los Angeles, CA
    1989    Health Care Career Interchange
    1989    Public Health in the Real World
    2018    Food Evolution: Panelist (Sponsor: US Farmers & Ranchers Alliance)
    2019    Dietary Supplements in Primary Care
University of Illinois, Urbana-Champaign, IL
    2013    Food Science in the Crosshairs of Perceptions and Policy
University of Massachusetts – Amherst, MA
    2006    GRAE (Generally Recognized as Efficacious)
University of Nebraska – Lincoln, NE
    2008    Food, Medicine & Health (IFT Distinguished Lecture)
    2008    Politics and Ethics of Food Policy; Better Health with Good Bacteria
           (IFT Distinguished Lecture)
University of Southern California – Los Angeles, CA
    2000    Emerging Developments in Biotechnology (Regulatory Sciences)
    2001    Biotechnology: Biotechnology in Medicine and Agriculture (Regulatory Sciences)
    2002    Genetically Engineered Foods; Special Foods – Medical and Infant Formula; Authenticating
           and Characterizing Botanical Products
           Dietary Supplements – The Agony of D-Feet and Defeat
    2003    Introduction to Alternative/Complementary Medicine; Institute of Preventive Medicine
           Research; Performance Enhancing Drugs
    2004    Therapeutics: Wellness and Functional Foods
    2009    Mobile Technology; Mobile Education
    2015    WHO Health Day: Global Food Safety
    2016    Contemporary Issues in Global Nutrition
    2022    Sports Nutrition and Dietary Supplements (audience: pharmacists)
    2023    Sports Nutrition and Dietary Supplements (audience: pharmacists planning for 2028 Olympics)
University of Technology, Jamaica
    2022    Implications of COVID-19 on Food Safety
    2023    Regulating Plant-based Foods: Lessons for Food Safety Regulators
University of Tennessee, Knoxville, TN
    2017    Weapons of Mass Distortion (Critical Review of Science Communications)
US-China Agriculture Food Trade Forum
    2019    Public Health and Compliance with Regulations US-CHINA – City of Industry, CA
USDA Agriculture Outlook Forum – Washington DC
    2014    U.S. Farmers & Ranchers Alliance, Food Dialogues: Washington DC
Utah State University – Logan, UT
    2011    Feeding a Nation: Reality vs Fallacy; Employment Trends in Food Science
Valley Presbyterian Hospital – Sherman Oaks, CA
    2015    The Role of Nutrition in Health Policy: Evidence, Emotion and Economics
Volunteer Section, Institute of Food Technologists (IFT Distinguished Lecturer) – Nashville, Tennessee
    2009    Shaking Out the Evidence (Salt Controversy)
Western Association of Food and Drug Officials, Anaheim, CA
    2018    Emerging Implications, Regulations, and Challenges with Chloropropanols
           Assessing Issues Associated with Edible Cannabis: Stealth Public Health Risk or
           Personal Benefit
    2019    Safety Issues Associated with Hemp in the Food Supply

Western Food Industry Conference – Sacramento, CA
    1990    Organizing Committee Member; Emerging Issues in Nutrition (Co-chair);
                Status Update on Proposition 65 (Co-chair); College Bowl Competition (Co-chair)
Western New York Food Expo – Rochester, NY
    2005    Food, Medicine & Health (IFT Distinguished Lecture)
Whole Grains Summit – Minneapolis, MN
    2012    Bridging the Crevasse through Food Science
World Congress of Gastroenterology – Los Angeles, CA
    1994    Phytochemicals: Cures or Curses
WorldNutra – San Francisco, CA
    2004    Nutraceutical Lipids (Session Chair); Fish Oil Dietary Supplements – Product Risk or
                Prophylactic Opportunity (Speaker)

## MEDIA EXPERIENCE

**Print Media (*examples*)**

ABC News: Antioxidants and Skin Health (commentary)
Alternative Medicine Magazine: Safety of dietary supplements; Dietary saturated fat/cholesterol and
    Health
Associated Press: The Sugar/HFCS Debate
Athens Banner Herald: Probiotics
Better Homes & Gardens: Non-nutritive sweeteners
Better Nutrition: Ca supplements and dental health
CBS News: Other Applications of Food Additives
Chemical Engineering News: GMA GRAS Proposal
Chicago Tribune: Ephedrine; Purpose of International Union of Food Science & Technology; Junk
    Food; Salt in Foods; Whole Grains & Prediabetes; Food Colors (Natural)
Contra Costa Times: Nutritional quality organic and conventional farmed foods
Consumers' Union: Safety of food additives
Cosmopolitan:  Juice cleanses and detoxification; Milk: Safety and Health
Daily Breeze: Strengths, weaknesses, and applications of BMI; South Bay protein bar company Quest
    Nutrition capitalizes on sugar phobia
Daily News: Organic foods
Daily Record: Credibility of the dietary supplement industry
Delahaye Media Link: Standards for dietary supplements
Diabetic Living Magazine: Sugar substitutes
Discover Magazine: Food Safety (Traceability)
Eating Well Magazine: Usages of maltodextrin and corn-derived ingredients
Emerging Trends: Emerging Issues in Infant Formula
Endocrine News: Food as Medicine
Experience Life: Food color safety
Fitness Magazine: Pasta and allergenicity
Food Business News: What's Natural?
Food Chemical News: GMA GRAS Proposal
Food Product Design: Formulating special food products
Fortune Magazine: "Free" labeling
Food Navigator: Saturated fat/Cholesterol and Health
Food Quality and Safety: The Health Controversy Behind Ultra-Processed Foods
Good Life Magazine: Food Colors – Natural vs Synthetic Options; Methyl-mercury, Fish Consumption,
    and Health
Harpers' Bazaar: Detox diets

HealthFocus: Significance of ORAC; What is Coconut Milk?, What's New in Olive Oil; Safety and applications of cultured celery extract in meat products

Kansas City Star: Pathway to the Dietary Guidelines

Ladies Home Journal: Energy boosting nutrients

Indianapolis Star: Standards and ethics of clinical studies; Probiotics & Health

International Food Information Council (IFIC): Impact of red meat on immunity and cancer

L.A. Times: Antioxidants: Practical health implications; Ethics and clinical trials; Norovirus and Vessel Sanitation Programs; Stimulants and Alcohol; Future of Functional Foods; Food Colorants and Hyperactivity; Caffeine and Reproductive Health; Gourmet Salts; Agave Nectar; Hot Dog Safety; Carnitine Safety; Fortified Foods; Sugar-Cane Extract; Detox diets; Contaminated "Three King" bread; Natural vs Synthetic Food Ingredients

Men's Health: Energy boost foods; Beer metabolism; Binge eating; Diet & Sexual Performance; Sodium in Foods; Food Additive Safety; Peanut Butter Ingredients; Nasal Sprays and Vitamins

Morning Wave in Busan: FDA Sodium Reduction Guidelines

More Magazine-Canada: Oxidative and antioxidative properties of coffee relative to women's health; Peri-menopausal weight gain (cinnamon, diindolylmethane, ground flaxseed, and conjugated linoleic acid); Fish safety (Met-Hg, PCBs)

National Geographic Adventure Magazine: Muscle and starvation

National Provisioner: Dietary phosphates in foods

NBC News: Health claims dietary supplement beverages; Health implications of CBD

Nutrition Business Journal: Functional Foods Future; Weight loss ingredients

Nutrition Magazine (Netherlands): Clinical implications of probiotics

Parents Magazine: Food Colors-Safe and Natural?

Plenty Magazine: Update on Functional Foods

Prepared Foods: Functional foods

Prevention Magazine: Value of customized vitamins; Net vs. low carbohydrate diets; Innovations on nutritional assessment; Review of clinical protocols; "Clean eating"

Progressive Grocer: Functional foods

Psychology Today: Smart Snacks; Wholesome Nutrition

Readers' Digest: Why Sodium in Food? Apples Keep the MDs Away?

Real Simple: Food pairings

Reuters Health: Hyperhydration; Lean Finely Textured Beef (LFTB); Dietary Fiber (http://www.reuters.com/article/2014/02/05/us-americans-whole-grains-idUSBREA141LO20140205)

Seattle Post: Raw Foods

Scientific American: Are food cravings the body's way of telling us that we are lacking certain nutrients?

Scripps Howard News Service: Role of sugar in the diet/food supply

Self Magazine: Organic foods; Food processing

Sun News: Raw Foods

The Asahi Shimbun (Japan): History of Food Additives

University of Southern California:  Impact of FSMA on Food Supply; Economics of FSMA and Government Sequester

USA Today: Consumers' tastes make it difficult to dash salt from diets; Role of salt in bread products

US News and World Report: Probiotics, Satiety and Olive Oil

Vegetable Family: Raw foods and toddlers

Vin & Vigor: Brain Food (Alzheimer's)

Vogue Magazine: Fitness drinks

Wall Street Journal: Traceability of food ingredients; Thermogenic beverages; Anti-aging beverages

Washington Post: High-fructose corn syrup controversy; Safety of monosodium glutamate

WebMD: Foods and mental health; Holiday feasting and weight management; Update on Functional Foods; Energy drinks; Watermelon a natural Viagra; Acrylamide; Dietary Sodium

Women's Magazine: Role of pineapple and weight reduction;

Women's Health Magazine:  Future of Food Science, Nutrition and Health-Convergence and
  Intersection of Food, Medicine and Health by 2076

**Broadcast Media (*examples*)**

BBC Radio: Detox diets
CBS Evening News: High-carbohydrate diets; Detox diets; Natural vs synthetic food ingredients;
  Microbial Contamination of Beverage Dispensers; Safety of Preparations to Reduce Fruit Waste
CNN: Detox diets; Misleading Dietary Supplements; Future Foods
Discovery Channel: Testing of Dietary Supplements
Fox Health News: Antioxidants and Health
FoxNews (Healthy U): Canola Oil & Health
GMTV (London): Detox Diets
Good Morning America (ABC): *E. coli* outbreak (Spinach); Natural Ingredient Safety (limonene,
  linalool propionate, linalool)
Inside Edition: Public health issues associated with second-hand produce
International Food Information Council/Foundation: Future of Food in the Age of Health Reform
JTBC S. Korean TV – Implications of US food regulations on Korean food industry
KABC: Toxins in fish; Culinary training in colleges; Product labeling; Dietary mycoproteins;
  Functional foods; Noni Juice & scientific merit; Milk and Weight Management; Thermogenic
  beverages; Chemical Cuisine; Spinach (aka E. coli) outbreak; Tomato (aka Salmonella) outbreak;
  Vitamin D and Health; PCBs in Fish Oil Supplements; Multitasking Food Ingredients; Dirty
  Kitchen Habits; Novel Dietary Fats; CBD Safety in the Food Supply
KBYU: Myth Buster of Food Fears
KCBS: Natural Colors and Flavors
KCET: California's Proposition 37 – GMO Food Labeling
KFWB: Food Radiation
KNX: Food Radiation; Caffeine Safety; The Sugar/HFCS Debate
KPCC: The Sugar Association and Corn Refiners' Association Litigation
KRLA: Biotechnology and food safety
KTTV Fox News (Los Angeles): Sanitation of public microwave ovens; Microbial contamination of
  cosmetic samples; *E coli* in Pizza
LA City View: Food Radiation (*in Japan & Los Angeles*)
La Nation: Food Challenges: Feeding people safe food (*Buenos Aires, Argentina*)
National Press Club (Washington DC): National Dialogue on Sodium
NBC4: Implications of low-fat, Ca-rich dairy foods on weight loss and weight management;
  pharmaceuticals in the water supply
NPR: Food in Chaos (Food safety in response to melamine and microbial contamination)
Penn & Teller: Detox Diets
Phil Lambert Show: 2010 Dietary Guidelines: Implications for Consumers
RTS TV (Quito, Ecuador): Future of the Food Supply
Sirius Radio: (New York) Diet Soda and Metabolic Syndrome
South Dakota State University: Food Terrorism
USC Annenberg Communications: Farm-to-Restaurant; Organic Foods; Food Deserts; Detox/Cleanse
  Diets; Aspartame; Natural vs Synthetic Flavors, Sweeteners
Voice of America: Omega-3 fatty acids and health
Take Part Live: GMO
WFTS-TV (Tampa/St. Petersburg):  Misleading Dietary Supplements
WHNZ – Radio (Tampa): Why Fat in the Diet
WMBC-TV (New York): Misleading Dietary Supplements
WWNN-Radio (1470), South Florida: Seafood safety
WSVN-TV (Miami/Fort Lauderdale): Misleading Dietary Supplements

36

Other Radio Outlets: Topic - 2010 USDA Dietary Guidelines: KROQ – Los Angeles (also aired on KRTH, syndicated through CBS network), KMOX – St Louis, WTSB – Raleigh, WBEN – Buffalo, KTRS – St Louis, WISR – Pittsburgh, WMGS, WBHT, WBSX, WJJR, WARM – Wilkes Barre (Pennsylvania), WLW – Cincinnati, WOBM – New York (probably the #1 media outlet in the USA), WMPI – Louisville, WLHT, WIGR, WTRV, WGRD – Grand Rapids, KLBJ – Austin, WSJS/WSML – Greensboro, KINK - Portland

## COMMUNITY SERVICE

Advisory & Development Council: California State University, Long Beach
    Member (1985-1991); Chair (1987-1991)
Advisory & Development Council: Loma Linda University, 1986-1987
American Red Cross
    Los Angeles Chapter Board of Directors: 1981-1982, 1984-1987
    Los Angeles Chapter Executive Board: 1981-1982, 1984-1985
    Los Angeles Chapter Instructor Standards Committee: Chairman, 1984-1992
    San Fernando Valley District Board: 1978-1985, 1986-1988
    San Fernando Valley Executive Committee: 1979-1985
    San Fernando Valley District Board: Chairman: 1981-1982, 1984-1985
    San Fernando Valley District Safety Chairman: 1979-1981
California Museum Foundation, Los Angeles: 1984-1988
California State Polytechnic University:
    Pomona - President's Council; Food Science and Technology Advisory Board, (Member, 1996-1999; Chair, 1998-1999); Executive Committee (Chair, 1998-1999); Student Mentorship Program (2012-2015)
    San Luis Obispo - Advisory Council (Member, 1996-1999; Chair, 1998-1999)
Georgia Sea Grant
    Grant Reviewer, 2019
Howard University (an HBCU recognized by the U.S. Department of Education)
    Board of Visitors, College of Nursing and Allied Health Sciences: 2018-present
North Carolina State University, Department of Food, Bioprocessing and Nutrition Sciences
    University Academic Review Committee: 2015
Purdue University - Corporate Affiliate: 1996-1999
Uniformed Services University of Health Sciences (collaboration with NIH ODS)
    Steering Committee (2021-2022) – Dietary Supplements and Immune Function Claims
University of California, Los Angeles
    Dean's Council: 1980-1991
    Laboratory Program Evaluation Committee: 1988-1989
    School of Public Health Evaluation Committee: 1988-1990

## MILITARY SERVICE

U.S. Army: Ft Ord, CA (1967-68), 38th Artillery Brigade, Osan, South Korea (1968-69)

# EXHIBIT 2

<u>Roger Clemens, DrPH - Litigation History From Preceding Four Years</u>

1. *Darifair Foods LLC v. v. Bavaria Corp.*, Case No. 2021-CA-000097 (Fourth Judicial Circuit, Duval County, Florida)

2. *Evolve BioSystems, Inc. v. Abbott Labs.*, Case No. 19-5859 (N.D. Ill.)

3. *Zesty Paws LLC v. Nutramax Laboratories, Inc.*, Case No. 23-10849 (S.D.N.Y.)

4. *Bland v Premier Nutrition Corp.*, Case No. 3:19-cv-875 (N.D. Cal.)