# EXHIBIT 46

1              UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3    _____x

4    TRACY HOWARD, ADINA RINGLER,    :

5    and TRECEE ARTIS, on behalf     :

6    of themselves and all others    :

7    similarly situated,             :

8            Plaintiffs,             :   Case No.

9    vs.                             :   3:22-cv-527-VC

10   THE HAIN CELESTIAL GROUP, INC., :

11           Defendant.              :

12   _____ x

13

14

15

16      VIDEOTAPED DEPOSITION OF ADINA RINGLER

17             Conducted Virtually

18           Wednesday, June 21, 2023

19                 10:03 A.M.

20

21

22

23   Job No.:  497318

24   Pages:  1-113

25   Reported by:  Crystal Hereford, RPR

1          Videotaped deposition of ADINA RINGLER,

2    conducted virtually.

3

4

5

6          Pursuant to notice, before

7    CRYSTAL HEREFORD, Registered Professional Reporter,

8    Certificate No. 30819; California Certified

9    Reporter, Certificate No. 14416; and Arizona

10   Certified Shorthand Reporter, Certificate No. 50893.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Adina Ringler
Conducted on June 21, 2023                    7

| | | |
|---|---|---|
| 1 | Planet Depos. | 10:04:04 |
| 2 | The witness will now be sworn. | 10:04:04 |
| 3 | ADINA RINGLER, | 10:04:27 |
| 4 | a witness herein, having been first duly sworn by | 10:04:27 |
| 5 | the certified reporter to speak the truth, the whole | 10:04:27 |
| 6 | truth, and nothing but the truth, was examined and | 10:04:27 |
| 7 | testified as follows: | 10:04:27 |
| 8 | EXAMINATION | 10:04:27 |
| 9 | BY MR. SMITH: | 10:04:27 |
| 10 | Q.    Good morning, Ms. Ringler. | 10:04:28 |
| 11 | A.    Good morning. | 10:04:29 |
| 12 | Q.    Could you please state your full name for | 10:04:30 |
| 13 | the record? | 10:04:32 |
| 14 | A.    Adina Ringler. | 10:04:32 |
| 15 | Q.    Okay.  Ms. Ringler, have you ever been | 10:04:34 |
| 16 | deposed before? | 10:04:36 |
| 17 | A.    No.  This is my first time. | 10:04:36 |
| 18 | Q.    Have you ever testified at a trial or a | 10:04:39 |
| 19 | hearing? | 10:04:42 |
| 20 | A.    No. | 10:04:42 |
| 21 | Q.    Okay.  So I want to go over some ground | 10:04:43 |
| 22 | rules just to make sure we're on the same page. | 10:04:47 |
| 23 | Hopefully they'll all be common sense, but we'll | 10:04:52 |
| 24 | just walk through them. | 10:04:54 |
| 25 | So this is a deposition, which means that | 10:04:55 |

Transcript of Adina Ringler
Conducted on June 21, 2023                    11

| 1 | A.    Thank you. | 10:07:58 |
| 2 | Q.    And have you ever been married to anyone | 10:07:59 |
| 3 | other than Mr. Reich? | 10:08:01 |
| 4 | A.    No. | 10:08:03 |
| 5 | Q.    And you have two children, correct? | 10:08:03 |
| 6 | A.    Correct. | 10:08:06 |
| 7 | Q.    How old is each child? | 10:08:06 |
| 8 | A.    My daughter is 8 years old, and my son is | 10:08:10 |
| 9 | 5 years old.  He just turned 5 in May. | 10:08:14 |
| 10 | Q.    And both of those children live with you? | 10:08:27 |
| 11 | A.    Yes. | 10:08:29 |
| 12 | Q.    And no other children in the picture? | 10:08:29 |
| 13 | A.    Nope. | 10:08:31 |
| 14 | Q.    No stepkids or anything like that? | 10:08:32 |
| 15 | A.    No. | 10:08:34 |
| 16 | Q.    Ms. Ringler, where did you grow up? | 10:08:35 |
| 17 | A.    In Northridge.  This is -- the house we | 10:08:37 |
| 18 | live in is actually my parents' house.  So we're | 10:08:41 |
| 19 | doing like a -- yeah.  They generously let us rent | 10:08:43 |
| 20 | it from them instead of selling it so we could be | 10:08:51 |
| 21 | close to them, close to the grandparents, and -- | 10:08:54 |
| 22 | yeah. | 10:08:57 |
| 23 | Q.    That's great. | 10:08:57 |
| 24 | A.    So I'm living in my childhood home, fixing | 10:08:59 |
| 25 | it up one slow step at a time. | 10:09:02 |

Transcript of Adina Ringler
Conducted on June 21, 2023                                    54

| | | |
|---|---|---|
| 1 | pouches, because my kids, like, always were | 11:02:27 |
| 2 | constipated.  I don't know.  So prunes were, like, | 11:02:31 |
| 3 | the go-to for pouches, but we did rely on other | 11:02:34 |
| 4 | flavors and other food combinations as well. | 11:02:38 |
| 5 |     Q.    But Earth's Best and Plum were sort of | 11:02:42 |
| 6 | your go-to brands for baby food, toddler food? | 11:02:45 |
| 7 |     A.    Yes. | 11:02:49 |
| 8 |     Q.    When was the first time that you purchased | 11:02:51 |
| 9 | a product sold under the Earth's Best line? | 11:02:53 |
| 10 |     A.    Probably with my daughter.  She was born | 11:02:57 |
| 11 | in 2014, so probably mid-2015 was when I first tried | 11:03:01 |
| 12 | those products. | 11:03:09 |
| 13 |     Q.    Okay.  And do you recall roughly how old | 11:03:11 |
| 14 | your daughter was in mid-2015 when you first bought | 11:03:14 |
| 15 | her an Earth's Best product? | 11:03:18 |
| 16 |     A.    With both my daughter and son, we started | 11:03:20 |
| 17 | introducing solid foods after six months.  So I | 11:03:27 |
| 18 | would say between the 6- to 8-month range is when | 11:03:30 |
| 19 | they tried -- they first tried Earth's Best. | 11:03:33 |
| 20 |     Q.    And did you pick the 6- to 8-month range | 11:03:35 |
| 21 | based on, like, a pediatrician's advice or... | 11:03:39 |
| 22 |     A.    Uh-huh. | 11:03:42 |
| 23 |     Q.    And do you recall what specific food you | 11:03:43 |
| 24 | started buying your children at 6 to 8 months from | 11:03:45 |
| 25 | the Earth's Best line? | 11:03:49 |

Transcript of Adina Ringler
Conducted on June 21, 2023                          61

| 1 | high-quality, natural, healthy-type brand. Is that | 11:21:55 |

high-quality, natural, healthy-type brand.  Is that          11:21:55

correct?          11:21:58

    A.    Yes.          11:21:58

    Q.    What was that perception based on?          11:21:59

    A.    The information on the package usually.          11:22:12

    Q.    Was there any information that you          11:22:15

received other than the packaging that sort of          11:22:17

suggested to you that Earth's Best was a          11:22:20

high-quality or healthy brand or anything like that?          11:22:22

    A.    No.          11:22:24

    Q.    Did you ever visit the Earth's Best          11:22:30

website at any point?          11:22:33

    A.    I don't recall.          11:22:34

    Q.    No specific recollection of visiting it?          11:22:35

    A.    No.          11:22:37

    Q.    Ms. Ringler, at some point you purchased          11:22:38

some of the fruit yogurt smoothie pouches, correct?          11:22:47

    A.    Correct.          11:22:52

    Q.    And one of those was the apple blueberry          11:22:54

fruit yogurt smoothie pouch?          11:22:59

    A.    Correct.          11:22:59

    MR. SMITH:  I'm going to ask the court          11:23:00

reporter to put Exhibit 4 up.          11:23:02

    (Exhibit Number 4 introduced.)          11:23:12

    Q.    Ms. Ringler, does this label look familiar          11:23:13

Transcript of Adina Ringler
Conducted on June 21, 2023                              62

| | | |
|---|---|---|
| 1 | to you? | 11:23:16 |
| 2 | A.    Yes. | 11:23:16 |
| 3 | Q.    And is this the label of the apple | 11:23:16 |
| 4 | blueberry fruit yogurt smoothie that you bought for | 11:23:19 |
| 5 | your son? | 11:23:24 |
| 6 | A.    Yes. | 11:23:25 |
| 7 | Q.    And did you buy this product only for your | 11:23:26 |
| 8 | son?  Or also for your daughter? | 11:23:29 |
| 9 | A.    I don't recall. | 11:23:32 |
| 10 | Q.    Okay.  Do you recall the first time that | 11:23:33 |
| 11 | you bought this product for your son? | 11:23:37 |
| 12 | A.    I don't recall. | 11:23:40 |
| 13 | Q.    Do you recall how old he was? | 11:23:42 |
| 14 | A.    Probably 8 months to a year. | 11:23:47 |
| 15 | Q.    Do you recall which portion of -- which | 11:23:58 |
| 16 | portions of the labeling you reviewed prior to | 11:24:01 |
| 17 | purchasing this product for your son? | 11:24:03 |
| 18 | A.    Yes, the "Excellent source of calcium, | 11:24:06 |
| 19 | vitamins C & D" and "USDA organic." | 11:24:11 |
| 20 | Q.    Okay.  Are there any other aspects of this | 11:24:15 |
| 21 | product that you reviewed -- or this label that you | 11:24:20 |
| 22 | reviewed prior to purchasing this product for your | 11:24:22 |
| 23 | son for the first time? | 11:24:24 |
| 24 | A.    The word "organic" in front of the fruit | 11:24:25 |
| 25 | smoothie also.  But generally, I bought it because I | 11:24:30 |

Transcript of Adina Ringler
Conducted on June 21, 2023                                64

| | | |
|---|---|---|
| 1 | Do you have any understanding of whether | 11:25:37 |
| 2 | other consumers noticed this statement? | 11:25:40 |
| 3 | A.    I have no idea. | 11:25:42 |
| 4 | Q.    Had this statement appeared on the front | 11:25:45 |
| 5 | label of the product, do you think you would have | 11:25:49 |
| 6 | noticed it? | 11:25:52 |
| 7 | A.    Yes. | 11:25:52 |
| 8 | MS. REYNOLDS:  Objection to form. | 11:25:53 |
| 9 | Q.    Your answer to that question is yes? | 11:25:53 |
| 10 | A.    I guess that's speculation.  I don't know | 11:25:56 |
| 11 | if I would have seen it or not. | 11:25:59 |
| 12 | Q.    You might have, though? | 11:26:01 |
| 13 | A.    I might have. | 11:26:04 |
| 14 | Q.    Do you think it's more likely that you | 11:26:06 |
| 15 | would have seen it on the front than the back? | 11:26:09 |
| 16 | A.    Yes.  It's more likely. | 11:26:11 |
| 17 | MR. SMITH:  I'm going to ask the court | 11:26:18 |
| 18 | reporter to put Exhibit 5 up on the screen. | 11:26:19 |
| 19 | (Exhibit Number 5 introduced.) | 11:26:25 |
| 20 | Q.    You purchased the peach banana fruit | 11:26:37 |
| 21 | yogurt smoothie for your son at some point, correct? | 11:26:41 |
| 22 | A.    Correct. | 11:26:44 |
| 23 | Q.    And was that at approximately the same | 11:26:44 |
| 24 | time that you purchased it for -- the apple | 11:26:46 |
| 25 | blueberry version? | 11:26:49 |

Transcript of Adina Ringler
Conducted on June 21, 2023                              65

| | | |
|---|---|---|
| 1 | A.    Correct. | 11:26:50 |
| 2 | Q.    And did you review the same portions of | 11:26:51 |
| 3 | the packaging prior to purchasing this product? | 11:26:54 |
| 4 | A.    Correct. | 11:26:56 |
| 5 | Q.    And you also did not see the "for ages 2 | 11:26:57 |
| 6 | and up" statement on this product before purchasing | 11:27:01 |
| 7 | it? | 11:27:03 |
| 8 | A.    Correct. | 11:27:03 |
| 9 | Q.    Do you recall whether you purchased this | 11:27:04 |
| 10 | product for your daughter back when she was an | 11:27:09 |
| 11 | infant or a toddler? | 11:27:12 |
| 12 | A.    I don't recall. | 11:27:13 |
| 13 | Q.    Do you recall purchasing any other | 11:27:17 |
| 14 | versions of the fruit yogurt smoothie pouches for | 11:27:19 |
| 15 | your children? | 11:27:23 |
| 16 | A.    I don't recall. | 11:27:24 |
| 17 | Q.    Do you recall roughly how many times you | 11:27:25 |
| 18 | purchased the fruit yogurt smoothie pouches for your | 11:27:27 |
| 19 | children? | 11:27:32 |
| 20 | A.    I don't recall. | 11:27:33 |
| 21 | Q.    More than once? | 11:27:36 |
| 22 | A.    Yes. | 11:27:36 |
| 23 | Q.    More than twice? | 11:27:37 |
| 24 | A.    Yes. | 11:27:38 |
| 25 | Q.    More than half a dozen times? | 11:27:39 |

Transcript of Adina Ringler
Conducted on June 21, 2023                              66

| | | |
|---|---|---|
| 1 | A.    Yes. | 11:27:44 |
| 2 | Q.    Is it fair to say that you, you know, | 11:27:47 |
| 3 | regularly or semi-regularly bought these products | 11:27:49 |
| 4 | for your children -- or at least for your son when | 11:27:53 |
| 5 | he was an infant or a toddler? | 11:27:56 |
| 6 | A.    Semi-regularly, yes. | 11:27:58 |
| 7 | Q.    At what age -- well, before I get there, | 11:28:01 |
| 8 | why did you continue to purchase this product for | 11:28:05 |
| 9 | your son? | 11:28:09 |
| 10 | A.    I believed I was giving him something | 11:28:10 |
| 11 | healthy. | 11:28:13 |
| 12 | Q.    Did he like eating it? | 11:28:15 |
| 13 | A.    Yes. | 11:28:17 |
| 14 | Q.    And it was a convenient pouch product, | 11:28:18 |
| 15 | right? | 11:28:21 |
| 16 | A.    Yes. | 11:28:22 |
| 17 | Q.    At the time that you bought this product | 11:28:23 |
| 18 | for your son, did you think that you were paying a | 11:28:26 |
| 19 | fair price for it? | 11:28:28 |
| 20 | MS. REYNOLDS:  Objection to form. | 11:28:29 |
| 21 | A.    I don't understand what you mean by | 11:28:32 |
| 22 | "fair." | 11:28:33 |
| 23 | Q.    Well, you paid some amount of money for | 11:28:37 |
| 24 | this product, right? | 11:28:39 |
| 25 | A.    Correct. | 11:28:40 |

1                CERTIFICATE OF SHORTHAND REPORTER

2

3          I, CRYSTAL HEREFORD, the officer before

4    whom the foregoing deposition was taken, do hereby

5    certify that the foregoing transcript is a true and

6    correct record of the testimony given; that said

7    testimony was taken by me stenographically and

8    thereafter reduced to typewriting under my

9    direction; that reading and signing was requested;

10   and that I am neither counsel for, related to, nor

11   employed by any of the parties to this case and have

12   no interest, financial or otherwise, in its outcome.

13          IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my signature this 28th day of

15   June 2023.

16   *Crystal Hereford*

17   _____

18

19

20

21

22

23

24

25