# EXHIBIT 48

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3   TRACY HOWARD, ADINA RINGLER, ) Case No. 3:22-cv-527-VC
     and TRACEE ARTIS, on behalf  )
 4   of themselves and all others )
     similarly situated,          )
 5                                )
           Plaintiffs,            )
 6                                )
                                  )
 7   vs.                          )
                                  )
 8   THE HAIN CELESTIAL GROUP,    )
     INCORPORATED,                )
 9                                )
           Defendant.             )
10

11       VIDEOCONFERENCE DEPOSITION TESTIMONY OF

12                   TRACY M. HOWARD

13                      VOLUME 1

14            FRIDAY, SEPTEMBER 29, 2023

15              REDWOOD CITY, CALIFORNIA

16

17

18

19

20

21

22

23

24   REPORTED BY:
     Rebecca Klanderud, RPR, CSR
25   California CSR 14527
```

```
1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3    TRACY HOWARD, ADINA RINGLER, )  Case No. 3:22-cv-527-VC
     and TRACEE ARTIS, on behalf  )
4    of themselves and all others )
     similarly situated,          )
5                                 )
            Plaintiffs,            )
6                                 )
                                  )
7    vs.                          )
                                  )
8    THE HAIN CELESTIAL GROUP,    )
     INCORPORATED,                )
9                                 )
            Defendant.             )
10

11

12           Videoconference Deposition Testimony of

13   TRACY M. HOWARD, Volume 1, taken on behalf of the

14   Defendant, with the witness appearing in Redwood City,

15   California, beginning at 10:00 a.m. PDT and ending at

16   1:14 p.m. PDT, on September 29, 2023, reported

17   stenographically by Rebecca Klanderud, Registered

18   Professional Reporter and Certified Shorthand Reporter

19   for the State of California.

20

21

22

23

24

25
```

Transcript of Tracy M. Howard
Conducted on September 29, 2023                7

| | | |
|---|---|---|
| 1 | MS. REYNOLDS:  Yes.  So stipulated. | |
| 2 | THE COURT REPORTER:  Thank you, Counsel. | |
| 3 | Ms. Howard, kindly raise your right hand. | |
| 4 | (The court reporter administered the oath to | |
| 5 | Tracy M. Howard.) | |
| 6 | THE WITNESS:  Yes, Miss. | |
| 7 | THE COURT REPORTER:  Thank you, Ms. Howard. | |
| 8 | Counsel, you may proceed. | 10:04:01 |
| 9 | MR. SMITH:  Uh, thank you. | 10:04:01 |
| 10 | TRACY M. HOWARD, | 10:04:01 |
| 11 | a witness in the above-entitled matter, | 10:04:01 |
| 12 | having been first duly sworn, | 10:04:01 |
| 13 | testified on her oath as follows: | 10:04:01 |
| 14 | EXAMINATION | 10:04:02 |
| 15 | BY MR. SMITH: | 10:04:02 |
| 16 | Q.   Uh, Ms. Howard, could you please state your | 10:04:05 |
| 17 | full name on the record? | 10:04:06 |
| 18 | A.   Tracy Marie Howard. | 10:04:07 |
| 19 | Q.   All right, Ms. Howard.  Have you been deposed | 10:04:10 |
| 20 | before? | 10:04:12 |
| 21 | A.   No.  I don't know. | 10:04:13 |
| 22 | What does that mean? | 10:04:14 |
| 23 | Q.   Have you ever been at a deposition before? | 10:04:15 |
| 24 | A.   No. | 10:04:17 |
| 25 | Q.   Okay.  Do you understand we're at a deposition | 10:04:17 |

| | | | |
|---|---|---|---|
| 1 | | correct? | 10:07:11 |
| 2 | A. | Yes. | 10:07:11 |
| 3 | Q. | What's his name? | 10:07:12 |
| 4 | A. | Mattias Angel Howard. | 10:07:14 |
| 5 | Q. | And how old is Mattias? | 10:07:24 |
| 6 | A. | Three. | 10:07:26 |
| 7 | Q. | What's his birthday? | 10:07:28 |
| 8 | A. | You -- uh, it's -- uh, it was just yesterday. | 10:07:31 |
| 9 | | It's 9/28/2020. | 10:07:35 |
| 10 | Q. | Well, happy birthday to your son. | 10:07:39 |
| 11 | A. | Thank you. | 10:07:42 |
| 12 | Q. | Um, and that -- he's your only child, correct? | 10:07:42 |
| 13 | A. | Yes. | 10:07:46 |
| 14 | Q. | Okay.  Um, do you have full custody of him? | 10:07:47 |
| 15 | A. | Yes. | 10:07:52 |
| 16 | Q. | I know this is personal and private, and I'm | 10:07:54 |
| 17 | | not trying to pry. | 10:07:57 |
| 18 | | Does his father -- is he in the picture at | 10:07:58 |
| 19 | | all? | 10:08:02 |
| 20 | A. | No. | 10:08:02 |
| 21 | Q. | Okay.  Um, Ms. Howard, where -- where did you | 10:08:03 |
| 22 | | grow up? | 10:08:06 |
| 23 | A. | Uh, Fresno, California. | 10:08:07 |
| 24 | Q. | Did you go to high school? | 10:08:10 |
| 25 | A. | Yes. | 10:08:12 |

| | | |
|---|---|---|
| 1 | really do anything because I can't shove food down his | 10:51:52 |
| 2 | throat.  You know, um, and I was buying his PediaSure | 10:51:56 |
| 3 | whenever I can, which was taking away from a lot of | 10:52:00 |
| 4 | other food, too, but, you know, I had to wait for the | 10:52:04 |
| 5 | doctors to finally prescribe it to really get him -- and | 10:52:08 |
| 6 | now, he's doing better, which is great, but he -- you | 10:52:11 |
| 7 | know, he's still behind. | 10:52:14 |
| 8 | Q.   Right.  So -- so the number one priority when | 10:52:14 |
| 9 | you're buying food for your son is just to get him | 10:52:18 |
| 10 | something he'll eat? | 10:52:21 |
| 11 | A.   Yeah.  At this point, yeah. | 10:52:22 |
| 12 | Q.   And I assume that one of the reasons that you | 10:52:29 |
| 13 | bought baby food pouches is because those are things | 10:52:31 |
| 14 | that you knew he would eat? | 10:52:34 |
| 15 | A.   Yes, and they -- they were healthy.  They had | 10:52:36 |
| 16 | or they said high vitamins, high calcium, high protein. | 10:52:40 |
| 17 | You know, babies need protein.  They need | 10:52:46 |
| 18 | vitamins.  We all do, but especially babies because | 10:52:48 |
| 19 | they're rapidly growing.  So I'm like:  Cool.  This is | 10:52:52 |
| 20 | all great. | 10:52:56 |
| 21 | And I would -- instead of getting the regular, | 10:52:57 |
| 22 | you know, stuff that just didn't say high vitamins, I | 10:52:59 |
| 23 | opted for the ones that said high vitamins, even though | 10:53:01 |
| 24 | they're more expensive, because I really wanted to make | 10:53:04 |
| 25 | sure that he was getting what he needed, you know. | 10:53:08 |

| | | |
|---|---|---|
| 1 | heard Earth's Best, Gerber, and Nature's Balance. | 10:59:58 |
| 2 | Is that right? | 11:00:01 |
| 3 | A.   Yeah. | 11:00:01 |
| 4 | Q.   Okay.  Any other brands of baby food pouches | 11:00:02 |
| 5 | you bought? | 11:00:05 |
| 6 | A.   Um, very rarely, I got the Safeway brands.  He | 11:00:06 |
| 7 | wouldn't eat those.  Um, I got the big- -- the bigger | 11:00:09 |
| 8 | brands. | 11:00:13 |
| 9 | Q.   Okay.  Um, I think this is a good time for a | 11:00:13 |
| 10 | break.  So why don't we take like ten minutes, and then, | 11:00:17 |
| 11 | um, take care of anything you need to take care of, and | 11:00:20 |
| 12 | we'll come back at 10 after 11:00. | 11:00:23 |
| 13 | THE VIDEO TECHNICIAN:  Okay.  I'll take us off | 11:00:26 |
| 14 | the record, then.  Everyone stand by. | 11:00:29 |
| 15 | We're going off, and the time is 11:00 a.m. | 11:00:32 |
| 16 | (A short recess was taken.) | 11:12:48 |
| 17 | THE VIDEO TECHNICIAN:  We're going back on the | 11:12:48 |
| 18 | record, and the time is 11:12 a.m. | 11:12:50 |
| 19 | BY MR. SMITH: | 11:12:56 |
| 20 | Q.   Welcome back, Ms. Howard. | 11:12:57 |
| 21 | A.   Hi. | 11:12:59 |
| 22 | Q.   Hi. | 11:12:59 |
| 23 | Do you understand you're still under oath? | 11:13:00 |
| 24 | A.   Yes. | 11:13:02 |
| 25 | Q.   Okay.  Uh, Ms. Howard, when was the first time | 11:13:03 |

| | | |
|---|---|---|
| 1 | that you purchased a product under the, uh, Earth's Best | 11:13:05 |
| 2 | product line? | 11:13:12 |
| 3 | A.  What do you mean?  Year? | 11:13:12 |
| 4 | Q.  So -- yeah.  Year, month, whatever you can -- | 11:13:17 |
| 5 | when was the first time? | 11:13:20 |
| 6 | A.  Um, about 2021. | 11:13:23 |
| 7 | Q.  Okay.  And do you remember which product you | 11:13:28 |
| 8 | purchased? | 11:13:32 |
| 9 | A.  Probably -- my son was still, uh, young, so | 11:13:34 |
| 10 | probably, um, the canned baby food, um, but I didn't | 11:13:39 |
| 11 | start getting the pouches -- well, actually, no.  Um, I | 11:13:46 |
| 12 | started getting the pouches when he was like six months | 11:13:49 |
| 13 | old because it said, uh, age of six months, uh, up.  So | 11:13:52 |
| 14 | as soon as he was six months, when I started getting the | 11:13:56 |
| 15 | pouches, and then especially after, uh, one is really | 11:14:00 |
| 16 | when I started getting pouches because that's when he | 11:14:02 |
| 17 | was transferring off the baby food, but he wouldn't eat | 11:14:06 |
| 18 | the cans anymore.  He just wanted the pouches because he | 11:14:09 |
| 19 | liked to put them in his mouth and suck on them. | 11:14:12 |
| 20 | Q.  Okay. | 11:14:15 |
| 21 | A.  I think one of the things he liked about them | 11:14:16 |
| 22 | because I was trying to get him off the binky at that | 11:14:20 |
| 23 | time, too.  I don't know, but around 2021, 2022 is when | 11:14:24 |
| 24 | I really started getting them. | 11:14:28 |
| 25 | Q.  Okay.  So your son started on, like, the | 11:14:30 |

| | | |
|---|---|---|
| 1 | canned, jarred Earth's Best food, and then he ate the | 11:14:33 |
| 2 | pouches, and then at some point, he stopped eating the | 11:14:38 |
| 3 | cans or jars and just ate the pouches from Earth's Best? | 11:14:41 |
| 4 | A.   Yeah.  He was doing both and then as soon -- | 11:14:43 |
| 5 | uh, when he was, uh, one year old, I took him off the | 11:14:45 |
| 6 | jars, and all he wanted was the pouches. | 11:14:50 |
| 7 | Q.   Okay.  Um, do you remember specifically which | 11:14:54 |
| 8 | pouches you bought from Earth's Best? | 11:14:56 |
| 9 | A.   Yeah.  The ones that said -- um, one was like | 11:14:59 |
| 10 | a peach yo- -- a peach yogurt.  Another one had, uh, | 11:15:03 |
| 11 | like -- I think it had, like -- it said beef in it, um, | 11:15:09 |
| 12 | the one with the high protein, um, so things -- yeah, | 11:15:14 |
| 13 | those things.  There were those ones.  Not in particular | 11:15:18 |
| 14 | because it was long ago, and, you know, time just kind | 11:15:21 |
| 15 | of, you know, mingles but . . . | 11:15:24 |
| 16 | Q.   Okay.  Um, other than the -- did you ever buy | 11:15:30 |
| 17 | the apple blueberry, uh -- | 11:15:38 |
| 18 | A.   Yeah. | 11:15:41 |
| 19 | Q.   -- yogurt -- | 11:15:41 |
| 20 | A.   Yeah.  The yogurt ones, yeah.  The ones with | 11:15:41 |
| 21 | -- uh, the ones with -- like, the breakfast ones seeming | 11:15:44 |
| 22 | where they had, like, yogurt and things like that in | 11:15:46 |
| 23 | them.  He really liked those. | 11:15:50 |
| 24 | Q.   And just so we're on the same page, these are | 11:15:51 |
| 25 | the pouches with, like, Sesame Street on them, right? | 11:15:55 |

Transcript of Tracy M. Howard
Conducted on September 29, 2023                     63

| | | |
|---|---|---|
| 1 | A. Um, yes, I guess. I mean, I didn't write it, | 11:18:56 |
| 2 | so . . . | 11:19:02 |
| 3 | Q. Someone wrote it? | 11:19:02 |
| 4 | A. Someone wrote it. | 11:19:04 |
| 5 | Q. Okay. | 11:19:06 |
| 6 | THE WITNESS: Did you write it, Hayley? | 11:19:10 |
| 7 | MS. REYNOLDS: We don't have to answer that on | 11:19:14 |
| 8 | the record, but it's true. Someone from our firm wrote | 11:19:17 |
| 9 | it. | 11:19:20 |
| 10 | BY MR. SMITH: | 11:19:20 |
| 11 | Q. So, um, do you see paragraph two of this | 11:19:21 |
| 12 | declaration, the line starting with the number two? | 11:19:24 |
| 13 | A. Yes. | 11:19:27 |
| 14 | Q. And this says, and I'm just going to read it | 11:19:29 |
| 15 | out loud: "I purchased Earth's Best products for my | 11:19:31 |
| 16 | child when he was under the age of two, including the | 11:19:36 |
| 17 | Fruit Yogurt & Smoothie Peach and Banana and Fruit | 11:19:42 |
| 18 | Yogurt & Smoothie Apple Blueberry baby food pouches." | 11:19:50 |
| 19 | Correct? | 11:19:50 |
| 20 | A. Yes. Yes. | 11:19:51 |
| 21 | Q. Okay. And then it reads: "I purchased the | 11:19:52 |
| 22 | products from Walmart in Mountain View, California and | 11:19:54 |
| 23 | Safeway in Redwood City, California." | 11:19:59 |
| 24 | Correct? | 11:20:01 |
| 25 | A. Yeah. Yes. | 11:20:01 |

| | | |
|---|---|---|
| 1 | What about that statement made you think it | 11:24:52 |
| 2 | was healthy? | 11:24:53 |
| 3 | A. Because it says excellent source of vitamin A | 11:24:54 |
| 4 | or, uh, or C and D, I looked at it, and I'm like: Cool. | 11:24:57 |
| 5 | He's getting his vitamins. This is healthy. | 11:25:02 |
| 6 | Q. Okay. And, uh, do you now -- do you still | 11:25:05 |
| 7 | believe these products are healthy for your child? | 11:25:06 |
| 8 | A. No, not any more healthy than any of the other | 11:25:09 |
| 9 | baby food pouches. I believe that they're -- all pretty | 11:25:12 |
| 10 | much have the same source of vitamins and nutrition, so | 11:25:17 |
| 11 | they're all pretty much the same. | 11:25:20 |
| 12 | Q. And what caused you to change your mind about | 11:25:22 |
| 13 | this? | 11:25:24 |
| 14 | A. Well, when I realized that, uh, people -- uh, | 11:25:24 |
| 15 | that these companies will put these, uh, claims on the | 11:25:28 |
| 16 | packages in order to make them seem healthier for the | 11:25:33 |
| 17 | parent, and they know parents are going to make | 11:25:37 |
| 18 | decisions based on what they believe or conceive to be | 11:25:42 |
| 19 | healthy. | 11:25:46 |
| 20 | Q. Did you ever talk to your pediatrician about | 11:25:47 |
| 21 | whether these products were healthy for your child? | 11:25:50 |
| 22 | A. No. | 11:25:53 |
| 23 | Q. Did you ever speak to anyone other than your | 11:25:53 |
| 24 | lawyers about whether these products are healthy for | 11:25:56 |
| 25 | your child? | 11:25:58 |

| | | |
|---|---|---|
| 1 | that have false advertisements on them. | 11:47:14 |
| 2 | Q.   Okay.  Um, and you understand that this is a | 11:47:17 |
| 3 | chart that your lawyers put together and attached to the | 11:47:19 |
| 4 | complaint in this case, right? | 11:47:23 |
| 5 | A.   Yeah, but I have bought a lot of these ones, a | 11:47:24 |
| 6 | lot of these ones. | 11:47:28 |
| 7 | Q.   Okay.  So let's -- let's go through this chart | 11:47:29 |
| 8 | real quick.  So let's start with the protein puree. | 11:47:31 |
| 9 | Uh, did you buy the Veggie Red Lentil Bake? | 11:47:39 |
| 10 | A.   Yes. | 11:47:44 |
| 11 | Q.   Uh, do you remember what store you bought it | 11:47:45 |
| 12 | from? | 11:47:48 |
| 13 | A.   Like I said, you know, Target or Walmart.  I | 11:47:48 |
| 14 | mean, not Target.  Either Walmart or Safeway.  Those are | 11:47:52 |
| 15 | where I got the bulk, bulk of my baby food from. | 11:47:56 |
| 16 | Q.   Okay.  Um, and why did you choose to buy this | 11:48:00 |
| 17 | product for your son? | 11:48:03 |
| 18 | A.   Because on it, in big letters around the blue | 11:48:04 |
| 19 | and white, it says protein. | 11:48:08 |
| 20 | Q.   Okay.  Um, what about the label of this | 11:48:16 |
| 21 | product suggests to you that it was for children under | 11:48:18 |
| 22 | two? | 11:48:20 |
| 23 | Uh, and you can zoom in as much as you need. | 11:48:26 |
| 24 | A.   Well, like I said, even after my son was two, | 11:48:30 |
| 25 | I was still giving him pouches. | 11:48:33 |

```
 1              I, Rebecca Klanderud, a Certified Shorthand
 2    Reporter for the State of California and a Registered
 3    Professional Reporter do hereby certify:
 4              That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6              That prior to testifying, the witness was
 7    placed under oath by me;
 8              That a verbatim record of the proceedings was
 9    made by me using machine shorthand and realtime technology;
10              That the foregoing deposition is a full, true,
11    and correct transcript of my shorthand notes so taken
12    and transcribed;
13              That any dismantling of this transcript will
14    void the certification of this transcript by me as a
15    Certified Shorthand Reporter, Registered Professional
16    Reporter;
17              That I am not financially interested in the
18    action, nor a relative or employee of any attorney or
19    any of the parties, nor am I in any way interested in
20    the outcome of the pending litigation.
                IN WITNESS WHEREOF, I have this date
21    subscribed my name.
22    Dated:  October 5, 2023
23
24              _____
                Rebecca Klanderud, RPR, CSR
25              California CSR 14527
```