# EXHIBIT 56

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN FRANCISCO

 4                         ---o0o---

 5   TRACY HOWARD, ADINA RINGLER,
     AND TRECEE ARTIS on behalf of
 6   themselves and those
     similarly situated,
 7
                Plaintiffs,
 8                                          Case No.:
        vs.                                 22-cv-00527-VC
 9

10   THE HAIN CELESTIAL GROUP,
     INC. d/b/a EARTH'S BEST,
11
                Defendant.
12   _____/

13      Remote Deposition of

14      ROGER CLEMENS, Ph.D.

15     THURSDAY, NOVEMBER 21, 2024

16            CERTIFIED COPY

17

18

19

20   STENOGRAPHICALLY REPORTED BY:
     MARY ANN PAYONK, CSR NO. 13431
21

22

23

24              NOGARA REPORTING SERVICE
            150 Sutter Street, P.O. Box 538
24           San Francisco, California 94105
                    (415) 398-1889
25
```

1  THE REPORTER: Let me give you my California
2  license number, which is now required. It's 13431. And
3  now I'll swear the witness.
4  ROGER CLEMENS, Ph.D.,
5           called as a witness, having been duly
6           sworn, was examined and testified as
7           follows:
8                      EXAMINATION
9  BY ATTORNEY REYNOLDS:
10     Q.  All right. Good morning, Dr. Clemens. We
11 just introduced ourselves off the record, but I'll just
12 start by having us state our names on the record.
13          ATTORNEY REYNOLDS: My name is Hayley
14 Reynolds, and I'm counsel for plaintiffs.
15          THE WITNESS: And I'm Roger Clemens, witness
16 for this case.
17          ATTORNEY SPELMAN: And my name is Kate
18 Spelman, counsel for defendant.
19          ATTORNEY REYNOLDS: Great. Thanks, everyone.
20 BY ATTORNEY REYNOLDS:
21     Q.  Dr. Clemens, have you been deposed before?
22     A.  Yes, I have been deposed before.
23     Q.  About how many times?
24     A.  I'm guessing about six times.
25     Q.  And were those all for lawsuits that you

1   BY ATTORNEY REYNOLDS:
2       Q.   The fact that the products do not provide the
3   full spectrum of nutrients, does that mean that they
4   would present a risk if consumed as meals?
5       A.   No, not at all, because dietary patterns are
6   quite variable.  And through a spectrum of a day or even
7   a week, you want to achieve on the average, because
8   we're in the battle of averages and variabilities, that
9   if you miss a meal a day, it doesn't necessarily pose a
10  risk for an adult and it may not pose a risk for a
11  child, so it's the same situation.
12           And when we look at fruits and fruit
13  smoothies, they're incomplete, but they provide -- all
14  fruit is incomplete.  So if we look at fruits, they
15  provide the dietary -- they support the dietary
16  guidelines encouraging fruit consumption at all ages,
17  including these kinds of products that we discussed.
18      Q.   This sentence ends by saying -- or the end of
19  the sentence says that the products should be consumed
20  as snacks in addition to age-appropriate foods at
21  mealtimes.
22      A.   Uh-huh.
23      Q.   What are some of the age-appropriate foods
24  that you're referencing here?
25      A.   Age and stage of life between 6 months, and

1   we're looking up to 24 months of age.  And so based on
2   what the child's ability is to go from something that's
3   soft, like an applesauce, to something that has solids
4   and we introduce fully firm solids, the texture of
5   solids based on the ability to chew around 9 to 12
6   months of age, and it develops from that space.  So
7   again, you want to look at foods that are
8   age-appropriate across the spectrum of age.
9        Q.   Okay.  Looking at paragraph 23, the first
10  sentence:  There are many nutrient gaps among children,
11  including calcium and Vitamin D.
12            For children that are breastfeeding, what is
13  the recommended source of Vitamin D?
14       A.   That's a really important question.  We know
15  typically that breast milk is low in Vitamin D based on
16  the Academy recommendations.  So in that space, we
17  typically advise moms who are not consuming milk to be
18  taking a Vitamin D supplement so that, in fact, their
19  infants receive an adequate amount of Vitamin D for
20  growth and development.
21       Q.   If a child is formula fed, is there a
22  recommendation that the child supplement their diet with
23  Vitamin D?
24       A.   Well, here in the United States as of 1980, I
25  worked with the people who developed that dietary -- the

1   Infant Formula Act of 1980 actually because the
2   Vitamin D is innate to on performance, meeting the
3   USD -- even the FDA standards, Vitamin D supplementation
4   is not required or needed.
5       Q.   Skipping down here to paragraph 25, the first
6   sentence there says:  Although the WHO and other
7   authoritative public health bodies encourage
8   breastfeeding through at least 6 months of age, there
9   are many situations in which breastfeeding is impossible
10  or impractical.
11          First, just a point of clarity.  Is it your
12  opinion that breastfeeding is recommended past 6 months
13  of age?
14      A.   Many organizations, including the American
15  Academy of Pediatrics, recommends that we breastfeed for
16  at least a year.  Some will go as far as 2 years of age.
17  But we try to encourage at least 6 months of age -- 6
18  months of breastfeeding if at all possible.
19      Q.   And then the sentence also references many
20  situations -- quote, many situations in which
21  breastfeeding is impossible or impractical.
22          What is that statement based on?
23      A.   Based on personal experience working with moms
24  who are trying to breastfeed their children.  Some of
25  it's cultural issues, but the most prominent one, in

1   Q. Do you disagree with the guidelines that
2   recommend that children under 2 consume no added sugar?
3   A. Again, I think the current phrase or legal
4   phrase -- I'm not an attorney -- that added sugars is
5   wrong and misleading because it depends how the food is
6   presented, that one food can be beneficial and if you do
7   something to that food, it's no longer beneficial, so
8   I -- I think that's very misleading.
9       I think the general public thinks added sugar
10  only refers to sucrose, which is commonly known as table
11  sugar, but the reality is sugar comes from all plant
12  sources.
13  Q. So is that a yes, that you would disagree with
14  this recommendation?
15  A. I do disagree with that recommendation the way
16  it's currently defined by law. And you're the attorney;
17  I'm not.
18  Q. Do you know why these guidelines recommend
19  avoiding added sugar?
20  A. I think in part. Not specifically. Do I know
21  why? No. I can speculate if you wish, but I want to be
22  very careful with that speculation.
23  Q. Well, I don't want you to speculate, but if
24  you have an estimation, I would take that.
25  A. I think in part, if you go back into the

1   the way the body processes the sugar in the fruit?

2       A.   The making of puree from a fruit does not

3   change the way we absorb the carbohydrates from the

4   fruit.

5       Q.   Does it change the fiber in the fruit?

6       A.   It does not change the fiber in the fruit.

7   What was there initially remains there.

8       Q.   Is there anything that changes in the nutrient

9   makeup of the fruit when it's pureed?

10      A.   The only thing that changes when you go from a

11  whole fruit to a puree is the texture.  The other part

12  that may change is that the product may become sweeter

13  because you're now releasing enzymes and the sugar may

14  be more palatable, even as an adult.  We know that to be

15  the case.  So perception-wise it may be sweeter, but

16  biologically it's the same.

17           ATTORNEY REYNOLDS:  I think I'm actually close

18  to done.

19           THE WITNESS:  You want to go to lunch and go

20  see your four-year old.

21      (Recess taken.)

22  BY ATTORNEY REYNOLDS:

23      Q.   Okay, Dr. Clemens, are you familiar with how

24  the products at issue in this case are processed?

25      A.   I am not aware of how it's processed.  I can