UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY HOWARD, et al.,<br>      Plaintiff,<br>v.<br>HAIN CELESTIAL GROUP, INC., et al.,<br>      Defendant. | 22-cv-00527-VC<br><br>**JUDGMENT** |

The Court, having granted the defendant's motion for summary judgment, now enters judgment in favor of the defendant and against the plaintiffs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 21, 2025

_____
VINCE CHHABRIA
United States District Judge